1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD TRAVERSO,

            Plaintiff(s),

    v.

CLEAR CHANNEL OUTDOOR, INC., and

            Defendant(s).

_____/

No. C  07-3629

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

     The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

REED SMITH LLP

Dated: _July 18, 2007_

Signature _____
               DAVID REIDY

Counsel for _Clear Channel Outdoor, Inc._
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

Re: *Richard Traverso v. Clear Channel Outdoor, Inc.*
SFSC No. CUD-07-622321; usdc c07-3629

I am a resident of the State of California, over the age of eighteen years, and not a

party to the within action.  My business address is REED SMITH LLP, Two Embarcadero

Center, Suite 2000, San Francisco, CA  94111-3922.  On **July 18, 2007**, I served the following

document(s) by the method indicated below:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST
FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Richard A. Sipos, Esq.
Aiken, Kramer & Cummings, Inc.
1111 Broadway
Oakland, CA  94607
Tel:  510/834.6800; Fax: 510.834.9017
(Attorney for Plaintiff Richard Traverso)

I declare under penalty of perjury under the laws of the State of California that the

above is true and correct.  Executed on **July 18, 2007**, at San Francisco, California.

_____
Victoria Fedoroff

DOCSSFO-12482737.5