IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CLEAR CHANNEL OUTDOOR, INC.,<br><br>    Defendant(s).<br>_____/ | No. C 07-3629 MJJ<br><br>**CLERK'S NOTICE**<br>**(Setting Case Management**<br>**Conference in Reassigned case)** |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached notice of electronic filing)

THE PARTIES ARE HEREBY NOTIFIED that a Case Management Conference in this reassigned case is scheduled to be heard **Tuesday, November 6, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins. A Joint Case Management Statement shall be provided to the Court by no later than **October 30, 2007.**

Dated:  8/9/2007                                                         FOR THE COURT,

                                                                                         Richard W. Wieking, Clerk

                                                                                         By:_____
                                                                                                Edward Butler, Courtroom Deputy