Matthew F. Graham, State Bar No. 95194
Richard A. Sipos, State Bar No. 126982
Garret D. Murai, State Bar No. 215667
**AIKEN, KRAMER & CUMMINGS, INC.**
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 834-6800
Facsimile: (510) 834-9017
E-mail: gmurai@akclawfirm.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-3629 MJJ<br><br>**[PROPOSED] ORDER RE. REVISED CASE MANAGEMENT SCHEDULE**<br><br>**Date:** October 30, 2007<br>**Time:** 9:30 a.m.<br>**Courtroom:** 11 (19th Floor)<br>**Judge:** Martin J. Jenkins<br><br>Action Removed: July 13, 2007<br>Trial Date: None |

Plaintiff RICHARD TRAVERSO's Motion for Relief from Case Management Schedule came on regularly for hearing on October 30, 2007 at 9:30 a.m. in Courtroom 11 of this Court located at 450 Golden Gate Avenue, San Francisco, California. The Court having considered the papers submitted, having heard oral argument as requested or ordered, rules as follows:

IT IS HEREBY ORDERED:

1.  Plaintiff's Motion for Relief from Case Management Schedule is GRANTED.

2.  The Clerk's Notice (Setting Case Management Conference in Reassigned Case) filed August 9, 2007 is revised to add as follows:

    (a)  The Federal Rules of Civil Procedure, Local Rules of the U.S. District Court for the Northern District of California, and standing orders of the Honorable Martin J.

Jenkins shall apply to this action, except as otherwise provided by California state law governing unlawful detainer actions, and as otherwise ordered by the Court.

    (b)    The parties are permitted to use California Judicial Council forms applicable to unlawful detainer actions in this action.

    (c)    Local Rule 8.7A.2. of the San Francisco Superior Court governing the timing and filing of opposition and reply briefs to summary judgment motions shall apply to this action.

Dated: _____

_____
The Honorable Martin J. Jenkins

## PROOF OF SERVICE

Re: *Traverso v. Clear Channel Outdoor, Inc., et al.*
Case No.: C07-3629 MJJ

I, the undersigned, state that I am a citizen of the United States and employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 1111 Broadway, Suite 1500, Oakland, California 94607.

On the date set forth below, I served the following document described as:
**[PROPOSED ORDER RE REVISED CASE MANAGEMENT SCHEDULE**
as follows to the address(es) set forth below:

Scott D. Baker
Jonah D. Mitchell
David S. Reidy, Esq.
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Tel: 415/543-8700
Fax: 415/391-8269

☒    **BY E-FILING:** via the court-mandated e-filing service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 20, 2007                    _Karen Kornfeld_ (signature)
                                            Karen Kornfeld

L:\TRAVE\7\Pleadings\POS_RR_e-filing.doc

---
1
PROOF OF SERVICE