IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLEAR CHANNEL OUTDOOR INC,<br><br>　　　　Defendant.<br>_____ / | No. C07-03629 MJJ<br><br>**ORDER TO SHOW CAUSE AND SUBMIT SUPPLEMENTAL BRIEFING** |

　　　Before the Court is Defendant's Motion to Dismiss. (Docket No. 7.) Plaintiff originally filed this case in the Superior Court of California on June 14, 2007. Defendant removed the case to the United States District Court on July 13, 2007 on the basis of diversity jurisdiction. Defendant now seeks to dismiss Plaintiff's complaint for failing to follow the requirements of the California Code of Civil Procedure.

　　　Defendant is hereby **ORDERED** to show good cause in writing as to why the Court has subject matter jurisdiction over the matter. Defendant shall file a letter brief no longer than **2 pages** in length **by Monday, September 24, 2007.** Plaintiff is granted leave to file a brief on the issue by the same date, of the same length, if Plaintiff so chooses.

//
//
//
//

Furthermore, Plaintiff and Defendant are **ORDERED** to file supplemental briefs addressing whether the Court should apply the California Code of Civil Procedure in this matter. Plaintiff and Defendant shall file a letter brief no longer than **5 pages** in length **by close of business Wednesday, September 26, 2007**.

**IT IS SO ORDERED.**

Dated: September 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE