Steven J. Cramer, State Bar No. 111347
Richard A. Sipos, State Bar No. 126982
Garret D. Murai, State Bar No. 215667
**AIKEN, KRAMER & CUMMINGS, INC.**
1111 Broadway, Suite 1500
Oakland, California 94607
Telephone: (510) 834-6800
Facsimile: (510) 834-9017
E-mail: gmurai@akclawfirm.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-3629 MJJ<br><br>**DECLARATION OF KAREN M. KORNFELD PURSUANT TO GENERAL ORDER NO. 45**<br><br>Action Removed:  July 13, 2007<br>Trial Date:            None |

I, Karen M. Kornfeld, declare:

1.  I am a legal secretary with Aiken, Kramer & Cummings, Inc., attorneys of record for Plaintiff RICHARD TRAVERSO. I have personal knowledge of the matters stated herein and if called upon to testify could and would competently do so. This declaration is submitted pursuant to General Order No. 45 of the U.S. District Court for the Northern District of California

2.  On September 24, 2007, I attempted to e-file the letter brief filed concurrently herewith pursuant to the Court's Order to Show Cause and Submit Supplemental Briefing dated September 20, 2007. The Order required that letter briefs be submitted to the Court on or before September 24, 2007.

3.  I attempted to e-file the letter brief at least two times after 12:00 p.m. on September 24, 2007. Each attempt was separated by at least one hour. I was unable to e-file the

1

DECLARATION OF KAREN M. KORNFELD
L:\TRAVE\7\Pleadings\E-file Kornfeld Decl..doc

1  letter brief. Thereafter, I called the Court and was informed that it was having technical
2  difficulties and was advised that a declaration should be submitted together with the document
3  which we were trying to file pursuant to General Order No. 45 of the U.S. District Court for the
4  Northern District of California.

5  I declare under penalty of perjury under the laws of the State of California that the
6  foregoing is true and correct.

7  Executed this 25Th day of September 2007 at Oakland, California.

8
9
10                                        _____
                                           Karen M. Kornfeld
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28