

**David S. Reidy**
Direct Phone:  +1 415 659 5933
Email:  dreidy@reedsmith.com

Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
+1 415 543 8700
Fax +1 415 391 8269

September 24, 2007

**VIA HAND DELIVERY**

Hon. Martin J. Jenkins, Courtroom 11
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor, #1111
San Francisco, CA  94102

Re:  *Traverso v. Clear Channel Outdoor, Inc., USDC No. C07-03629 MJJ*
<u>**Letter Response to September 20, 2007 Order to Show Cause re Jurisdiction**</u>

Dear Judge Jenkins:

Enclosed please find Defendant Clear Channel Outdoor, Inc.'s response to this Court's September 20, 2007 order to show cause why the Court has subject matter jurisdiction over the above-referenced action.  We were unable to e-file this document today because we understand the court's ECF system is down.  We will e-file it tomorrow to make sure it is on the docket.

We also enclose herewith a faxed copy to opposing counsel.  If the Court requires any additional information, please let us know.

Very truly yours,

David S. Reidy

DSR:vf

cc    Via Facsimile:
      Richard A. Sipos, Esq.
      Aiken, Kramer & Cummings, Inc.
      1111 Broadway
      Oakland, CA  94607
      Tel:  510/834.6800; Fax: 510.834.9017
      (Attorney for Plaintiff Richard Traverso)

DOCSSFO-12484895.3

NEW YORK ◆ LONDON ◆ CHICAGO ◆ PARIS ◆ LOS ANGELES ◆ WASHINGTON, D.C. ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ PITTSBURGH ◆ OAKLAND

MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ BIRMINGHAM ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

r e e d s m i t h . c o m

DOCSSFO-12484895.39/24/07 4:10 PM