1  Richard A. Sipos, State Bar No. 126982
   **AIKEN, KRAMER & CUMMINGS, INC.**
2  1111 Broadway, Suite 1500
   Oakland, California 94607
3  Telephone: (510) 834-6800
   Facsimile: (510) 834-9017
4  E-mail: mgraham@wendel.com

5  Attorneys for Plaintiff
   RICHARD TRAVERSO

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 RICHARD TRAVERSO,                    Case No. C07-3629 MJJ

11         Plaintiff,                   **NOTICE OF CHANGE OF ADDRESS**

12    vs.

13 CLEAR CHANNEL OUTDOOR, INC.; and
   DOES 1 through 10, inclusive,
14
           Defendants.
15                                      Action Removed: July 13, 2007
16                                      Judge:          Martin J. Jenkins

17

18

19 TO THE COURT AND ALL PARTIES:

20 PLEASE TAKE NOTICE that **effective October 1, 2007,** the address and contact

21 information for the Aiken, Kramer & Cummings firm will change as follows:

22          **AIKEN, KRAMER & CUMMINGS, INC.**

23          c/o **WENDEL, ROSEN, BLACK & DEAN, LLP**

24          1111 Broadway, 24th Floor

25          Oakland, CA 94607

26          Telephone:   510.834-6600

            Facsimile:   510.834.1928
27
   Electronic mail may be sent to Mr. Sipos at rsipos@wendel.com.
28

---
1
NOTICE OF CHANGE OF ADDRESS

L:\TRAVE\7\Pleadings\Change of Address.doc

1  DATED: September 27, 2007           **AIKEN, KRAMER & CUMMINGS, INC.**

4                                      By _____ ESQ. FOR

                                       Richard A. Sipos, Esq.
                                       Attorneys for Plaintiff, Richard Traverso

AIKEN, KRAMER & CUMMINGS
INCORPORATED

2
NOTICE OF CHANGE OF ADDRESS

L:\TRAVE\7\Pleadings\Change of Address.doc

## PROOF OF SERVICE

Re: *Traverso v. Clear Channel Outdoor, Inc., et al.*
Case No.: C07-3629 MJJ

I, the undersigned, state that I am a citizen of the United States and employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 1111 Broadway, Suite 1500, Oakland, California 94607.

On the date set forth below, I served the following document described as:

**NOTICE OF CHANGE OF ADDRESS**

as follows to the address(es) set forth below:

Scott D. Baker
Jonah D. Mitchell
David S. Reidy, Esq.
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Tel: 415/543-8700
Fax: 415/391-8269

☒    **BY E-FILING:** via the court-mandated e-filing service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 27, 2007

Yolanda L. Berry

L:\TRAVE\7\Pleadings\POS_RR_e-filing.doc

---

1
PROOF OF SERVICE