IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Richard Traverso,**

       Plaintiff(s),

v.

**Clear Channel Outdoor Inc.,**

       Defendant(s),
_____/

No. C07-3629 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** Defendant's Motion to Dismiss set for **October 2, 2007 at 9:30 a.m.** before the Honorable Martin J. Jenkins is **VACATED**.

Dated: September 28, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy