Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>             Plaintiff,<br><br>      vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., and DOES 1 – 10,<br><br>             Defendants. | Case No.: C07-3629 MJJ<br><br>**CLEAR CHANNEL OUTDOOR, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Date:          October 30, 2007<br>Time:         9:30 a.m.<br>Courtroom: 11 (19th Floor)<br><br>**HON. MARTIN J. JENKINS** |

Defendant Clear Channel Outdoor, Inc. ("Clear Channel") submits this memorandum of points and authorities in opposition to Plaintiff Richard Traverso's motion for relief from this Court's case management schedule ("Motion").

///

On September 20, 2007, Plaintiff filed its Motion for Relief from Case Management Schedule, seeking an order to have California procedural law – as opposed to federal procedural law – apply to this case. Doc. 11-13. On the same day, September 20, this Court issued an order ("Order") directing the parties to file supplemental briefs addressing whether the Court should apply the California Code of Civil Procedure in this matter. Doc. 15. On September 26, 2007, pursuant to the Order, Clear Channel submitted its letter brief setting forth why the Federal Rules of Civil Procedure (as opposed to the California Code of Civil Procedure) should apply. Doc. 20. A copy of Clear Channel's letter brief is attached hereto as Exhibit A and incorporated by reference. Clear Channel asks that this Court consider the September 26 letter brief in ruling on this Motion.

As more fully set forth in Clear Channel's September 26 letter brief, courts in this district, including this Court, have previously encountered the situation presented here, and have applied the Federal Rules of Civil Procedure to unlawful detainer actions removed from state court. *See Swords to Plowshares v. Kemp*, 423 F.Supp.2d 1031, 1037 (N.D.Cal.,2005). Moreover, the Ninth Circuit has endorsed this practice. *See Silberblatt v. U.S. Postal Service*, 2000 WL 61295, *3 (9th Cir.2000) (unpublished); *also U.S. v. Wilson*, 881 F.2d 596, 600-601 (9th Cir.1989). Accordingly, it is not necessary for this Court to apply California's procedural rules here. Instead, this Court may proceed under the Federal Rules of Civil Procedure and its own rules for the pre-trial and discovery phase, as well as the trial.

Clear Channel respectfully requests that this Court deny Plaintiff's Motion and adhere to the current case management schedule pursuant to the Federal Rules of Civil Procedure.

DATED: October 9, 2007

REED SMITH LLP

By_____
David S. Reidy
Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

# ReedSmith

Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
+1 415 543 8700
Fax +1 415 391 8269

**David S. Reidy**
Direct Phone: +1 415 659 5933
Email: dreidy@reedsmith.com

September 26, 2007

Hon. Martin J. Jenkins, Courtroom 11
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor, #1111
San Francisco, CA 94102

Re: *Traverso v. Clear Channel Outdoor, Inc.*, USDC No. C07-03629 MJJ
**Response to September 20, 2007 Order to Show Cause re Applicable Procedure**

Dear Judge Jenkins:

Pursuant to this Court's September 20, 2007 order, Defendant Clear Channel Outdoor, Inc. ("Clear Channel") respectfully submits this letter addressing whether this Court should apply the California Code of Civil Procedure ("CCP") in this matter.

It is undisputed that this Court has subject matter jurisdiction over this action based on diversity. 28 U.S.C. §1332(a)(1); *see* Plaintiff's Response to OSC, Doc. 16. As a result, under the *Erie* doctrine, this Court should apply federal procedural law in this case. *See Walker v. Armco Steel Corp.*, 446 U.S. 740, 750 (1980). Indeed, courts in this district have previously applied federal procedural law to unlawful detainer cases removed from the California Superior Court.

In *Swords to Plowshares v. Kemp*, your honor held that removal of a state unlawful detainer action to this Court was proper, and applied federal procedural law in entering judgment for the defendant. 423 F.Supp.2d 1031, 1037 (N.D.Cal.,2005); Docket No. 44 (12/09/2005). In *Silberblatt v. U.S. Postal Service*, as in this case, the defendant in the underlying unlawful detainer action removed the case from California state court to this District Court for the Northern District of California. The Ninth Circuit upheld the district court's decision to apply the federal rules of procedure, rather than the summary procedure of California's unlawful detainer statute, even though the court applied California substantive unlawful detainer law to the merits of the parties' cross-motions for summary judgment. 2000 WL 61295, *3 (9th Cir.2000) (unpublished); *see also U.S. v. Wilson*, 881 F.2d 596, 600-601 (9th Cir.1989) (Eastern District Court's entry of summary judgment in an unlawful detainer case upheld where the district court applied federal procedural law and California substantive law to a California unlawful detainer claim).

The fact that the substantive requirements of California's unlawful detainer statute are contained in the CCP [*e.g.*, CCP §1161] does not by itself make them procedural in nature. As stated above, federal district courts in California have tested the merits of unlawful detainer claims against the

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE
reedsmith.com

DOCSSFO-12491597.1-DSREIDY



Exhibit A

Hon. Martin J. Jenkins, Courtroom 11
United States District Court
Northern District of California
September 26, 2007
Page 2

**ReedSmith**

requirements of the CCP, while still applying federal procedural law. Moreover, the cases cited in Plaintiff's September 25, 2007 letter brief to this Court (and in his pending motion seeking an order to have California procedural law applied in this case), do not demonstrate that the Northern District has applied California's procedural rules to unlawful detainer actions pending before this Court.

In *Gallman v. Pierce*,[1] the district court applied California procedural law on the basis that federal law expressly required the landlord to terminate the tenant's Section 8 lease in accordance with state procedures. 639 F.Supp. 472, 482-483 (N.D.Cal.,1986). In the *Hilliard*[2] and *Duque*[3] cases, the courts applied only those provisions of the CCP that set forth the *elements* of a cause of action for unlawful detainer. It is not clear from either opinion that the court applied the summary procedures set forth in the CCP, or otherwise abandoned the federal rules of procedure.

Accordingly, it is not necessary for the Court to apply California's procedural rules. Instead, the Court may proceed under the Federal Rules of Civil Procedure and its own rules for the pre-trial and discovery phase, as well as the trial. Finally, Clear Channel notes that this issue is also the subject of Plaintiff's pending motion, and therefore requests that the Court treat this letter brief as Clear Channel's opposition to the motion. If the Court requires additional pleading, however, Clear Channel will provide any such briefing that the Court requests.

Respectfully Submitted,

David S. Reidy

DSR:vf

DOCSSFO-12491597.1-DSREIDY

---

[1] Clear Channel notes that Plaintiff's cite for this case is incorrect. The correct cite for *Gallman v. Pierce*, is 639 F. Supp. 472 (N.D. Cal. 1986).

[2] 1995 U.S. Dist. LEXIS 4637 (N.D. Cal.1995).

[3] 1993 U.S. Dist. LEXIS 2998 (N.D. Cal.1993).

DOCSSFO-12491597.1-DSREIDY

**Other Documents**
3:07-cv-03629-MJJ Traverso v. Clear Channel Outdoor, Inc.
ADRMOP, E-Filing

## U.S. District Court
### Northern District of California
### Notice of Electronic Filing or Other Case Activity

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Reidy, David entered on 9/26/2007 4:29 PM and filed on 9/26/2007

**Case Name:**       Traverso v. Clear Channel Outdoor, Inc.
**Case Number:**     3:07-cv-3629
**Filer:**           Clear Channel Outdoor, Inc.
**Document Number:** 20

**Docket Text:**
Letter from David S. Reidy *dated 9-26-07*. (Reidy, David) (Filed on 9/26/2007)


**3:07-cv-3629 Notice has been electronically mailed to:**

Scott D. Baker    sbaker@reedsmith.com, nctuttle@reedsmith.com

Jonah Dylan Mitchell    jmitchell@reedsmith.com, Drothschild@reedsmith.com

David S. Reidy    dreidy@reedsmith.com, vfedoroff@reedsmith.com

Richard Alan Sipos    rsipos@akclawfirm.com, gmurai@akclawfirm.com, kkornfeld@akclawfirm.com, rricasata@akclawfirm.com

**3:07-cv-3629 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\uspdcfidm001p\vfedoroff$\DOWNLOAD\Reidy\Traverso - 9-26-07 letter.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/26/2007] [FileNumber=3780521-0]
[05fbd55964794622bec998f355356d956f080b7cfce67e963132d46cd130f16debcfc
652013a51cb5cb1f73ef3db722046e8e32df82e7432de34cef5ecef9d00]]