Richard A. Sipos, State Bar No. 126982
Garret Murai, State Bar No. 215667
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: rsipos@wendel.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-3629 MCC<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY**<br><br>Action Removed: July 13, 2007<br>Judge Martin J. Jenkins |

NOTICE that Plaintiff, RICHARD TRAVERSO, hereby substitutes:

Richard A. Sipos, Esq. (SBN: 126982)
Garret Murai, Esq. (SBN: 215667)
WENDEL, ROSEN, BLACK & DEAN LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: (510) 834-6600
Facsimile: (510) 834-1928

As its attorney of record in the place and stead of the office of Aiken, Kramer & Cummings, 1111 Broadway, Suite 1500, Oakland, CA 94607, Telephone: (510) 834-6800.

I CONSENT TO THIS SUBSITUTION:

Dated: October 5, 2007

Plaintiff, RICHARD TRAVERSO

I AGREE WITH THE SUBSTITUTION

Dated: October 2, 2007

AIKEN, KRAMER & CUMMINGS, INC.

By: ______________________
Richard A. Sipos

I ACCEPT THIS SUBSTITUTION

Dated: October 2, 2007

WENDEL, ROSEN, BLACK & DEAN LLP

By: ______________________
Richard A. Sipos
Attorneys for Plaintiff
RICHARD TRAVERSO

IT IS SO ORDERED:

Dated: October _____, 2007

By: ______________________
The Honorable Martin J. Jenkins
Judge of the United States District Court
Northern District of California

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036