1  Richard A. Sipos, State Bar No. 126982
   Garret Murai, State Bar No. 215667
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, California 94607-4036
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928
   Email: rsipos@wendel.com
5
   Attorneys for Plaintiff
6  RICHARD TRAVERSO

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  RICHARD TRAVERSO,              Case No. C07-3629 ~~MCC~~ MJJ

13         Plaintiff,               **STIPULATION AND ORDER FOR
                                    SUBSTITUTION OF ATTORNEY**
14     vs.
                                    Action Removed: July 13, 2007
15  CLEAR CHANNEL OUTDOOR, INC.;    Judge           Martin J. Jenkins
    and DOES 1 through 10, inclusive,
16
           Defendants.
17

18

19     NOTICE that Plaintiff, RICHARD TRAVERSO, hereby substitutes:

20         Richard A. Sipos, Esq. (SBN: 126982)
           Garret Murai, Esq. (SBN: 215667)
21         WENDEL, ROSEN, BLACK & DEAN LLP
           1111 Broadway, 24th Floor
22         Oakland, CA 94607
           Telephone: (510) 834-6600
23         Facsimile: (510) 834-1928

24     As its attorney of record in the place and stead of the office of Aiken, Kramer &

25  Cummings, 1111 Broadway, Suite 1500, Oakland, CA 94607, Telephone: (510) 834-6800.

26

27

28

014965.0004\826203.1

*STIPULATION AND ORDER FOR SUBSTITUTION OF
ATTORNEY - Case No. C07-3629 MCC*

I CONSENT TO THIS SUBSITUTION:

Dated: October 5, 2007

*[signature]*
Plaintiff, RICHARD TRAVERSO

I AGREE WITH THE SUBSTITUTION

Dated: October 2, 2007

AIKEN, KRAMER & CUMMINGS, INC.

By: *[signature]*
Richard A. Sipos

I ACCEPT THIS SUBSTITUTION

Dated: October 2, 2007

WENDEL, ROSEN, BLACK & DEAN LLP

By: *[signature]*
Richard A. Sipos
Attorneys for Plaintiff
RICHARD TRAVERSO

IT IS SO ORDERED:

Dated: October 16, 2007

By: *[signature: Martin J. Jenkins]*
The Honorable Martin J. Jenkins
United States District Court
California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins]*

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA 94607-4036*

014965.0004\826203.1

MASTER CAPTION - Case No. C07-3629 MCC          - 2 -