UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** **MARTIN J. JENKINS**

**Date**: November 6, 2007

**Case No:** C 07-03629 MJJ

**Case Title**: RICHARD TRAVERSO v. CLEAR CHANNEL OUTDOOR INC.

**Appearances:**

    For Plaintiff(s): Richard Sipos

    For Defendant(s): David Reidy

**Deputy Clerk**: Rowena B. Espinosa          **Court Reporter**: not reported

## *PROCEEDINGS*

1. Initial Case Management Conference - held

## *SUMMARY*

- Trial date and schedule set: JT is on 04/07/08; PTC is on 04/01/08.
- This matter is referred to Mag. Judge Chen for settlement purposes to be held by March 2008.

cc: LD; WH; BF