Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
E-mail: rsipos@wendel.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>            Plaintiff,<br><br>     vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. C07-3629 MJJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br><br>Action Removed:   July 13, 2007<br>Trial Date:              None |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 18, 2007            **WENDEL, ROSEN, BLACK & DEAN LLP**


                                                            By:    /s/ Richard Sipos
                                                                   Richard A. Sipos
                                                                   Attorneys for Plaintiff
                                                                   RICHARD TRAVERSO

014965.0004\833856.1

1

*CERTIFICATION OF INTERESTED ENTITIES OR PERSONS*