| | |
|---|---|
| 1 | Richard A. Sipos (Bar No. 126982) |
| | Garret D. Murai (Bar No. 215667) |
| 2 | **WENDEL, ROSEN, BLACK & DEAN LLP** |
| | 1111 Broadway, 24th Floor |
| 3 | Oakland, CA 94607-4036 |
| | Telephone: (510) 834-6600 |
| 4 | Fax: (510) 834-1928 |
| 5 | Joseph P. McMonigle (Bar No. 66811) |
| | **LONG & LEVIT LLP** |
| 6 | 465 California Street, 5th Floor |
| | San Francisco, CA 94104 |
| 7 | Telephone: (415) 397-2222 |
| | Facsimile: (415) 397-6392 |
| 8 | Email: jmcmonigle@longlevit.com |
| 9 | Attorneys for Plaintiff |
| | RICHARD TRAVERSO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO, | Case No. C07-3629 MJJ |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| CLEAR CHANNEL OUTDOOR INC.; and DOES 1 through 10, inclusive, | |
| Defendant. | Action Removed: July 13, 2007 |
| | Trial Date: April 7, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff RICHARD TRAVERSO associates the law firm of Long & Levit LLP, 465 California Street, 5th Floor, San Francisco, California, Telephone (415) 397-2222, Facsimile (415) 397-6392 as co-counsel in this action. The law firm of Wendel, Rosen, Black & Dean LLP will continue to represent Plaintiff as co-counsel.

///

///

///

*NOTICE OF ASSOCIATION OF COUNSEL - Case No. C07-3629 MJJ*

1  Consent to the foregoing association is given.

2  Dated: January 29, 2008

3  *[signature]*

4  Richard Traverso

5  Consent to the foregoing association is given.

6  Dated: January 30, 2008    **WENDEL, ROSEN, BLACK & DEAN LLP**

7

8  By: *[signature]*

9  Richard A. Sipos
   Attorneys for Plaintiff
10 RICHARD TRAVERSO

11 Consent to the foregoing association is given.

12 Dated: January 29, 2008    **LONG & LEVIT LLP**

13

14 By: *[signature]*

15 Joseph P. McMonigle
   Attorneys for Plaintiff
16 RICHARD TRAVERSO

*NOTICE OF ASSOCIATION OF COUNSEL - Case No.*
*C07-3629 MJJ*    - 2 -