

ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Post Office Box 2047
Oakland, CA 94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928
mgraham@wendel.com

February 1, 2008

The Hon. Martin J. Jenkins
Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Traverso v. Clear Channel Outdoor, Inc., et al.*

Dear Judge Jenkins:

On February 1, 2008 we filed a motion for summary judgment on behalf of plaintiff in the above-referenced action. Your Pretrial Order did not specify a briefing schedule for the motion which you had set for hearing on February 27, 2008, specifying it was a "Special Setting." In view of the overall shortened time for this unlawful detainer, and the fact that discovery did not close until January 31, 2008 (with defendant Clear Channel not producing its documents, including its contract file, until January 30, 2008), we were unable to complete our motion until today. We bring this to your attention since local rules would otherwise require our filing to be made 35 days prior to the hearing date.

If the defendant requires additional time to respond, plaintiff has no objection to the court either extending plaintiff's time to file a response, or moving the hearing date, whichever the court deems appropriate.

Very truly yours,

WENDEL, ROSEN, BLACK & DEAN LLP

Steven J. Cramer

SJC:tg
cc:   Scott D. Baker, Esq., Jonah D. Mitchell, Esq., David S. Reidy, Esq. (Counsel for Defendant Clear Channel Outdoor, Inc.)