1  Richard A. Sipos (Bar No. 126982)
   Garret D. Murai (Bar No. 215667)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Post Office Box 2047
   Oakland, CA  94607-4036
4  Telephone:  (510) 834-6600
   Facsimile:  (510) 834-1928
5  E-mail: rsipos@wendel.com

6  Joseph P. McMonigle (Bar No. 66811)
   **LONG & LEVIT LLP**
7  465 California Street, 5th Floor
   San Francisco, CA  94104
8  Telephone: (415) 397-2222
   Facsimile: (415) 397-6392
9  Email: jmcmonigle@longlevit.com

10 Attorneys for Plaintiff
   RICHARD TRAVERSO

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

| | |
|---|---|
| RICHARD TRAVERSO, | Case No. C07-3629 MJJ |
| Plaintiff, | **NOTICE OF ERRATA RE DECLARATION OF RICHARD TRAVERSO IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION** |
| vs. | |
| CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive, | **Date:** February 27, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 11 (19th Floor)<br>**Judge:** Hon. Martin J. Jenkins |
| Defendants. | Action Removed: July 13, 2007<br>Trial Date: April 7, 2008 |

014965.0004\838236.1    *NOTICE OF ERRATA – Case No. C07-3629 MJJ*

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

On February 1, 2008, Plaintiff RICHARD TRAVERSO filed his moving papers in support of his motion for summary adjudication. Among the papers filed, was a declaration of Richard Traverso. The exhibits to that declaration were inadvertently not attached. Attached hereto as Exhibit A, is a true and correct copy of the declaration of Richard Traverso including exhibits.

Dated: February 6, 2008          **WENDEL, ROSEN, BLACK & DEAN LLP**

By:    */s/ Richard A. Sipos*
      Richard A. Sipos
      Attorneys for Plaintiff
      RICHARD TRAVERSO

*NOTICE OF ERRATA – Case No. C07-3629 MJJ*    - 2 -

014965.0004\838236.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036