Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Facsimile:  (510) 834-1928
E-mail: rsipos@wendel.com

Joseph P. McMonigle (Bar No. 66811)
**LONG & LEVIT LLP**
465 California Street, 5th Floor
San Francisco, CA  94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jmcmonigle@longlevit.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C07-3629 MJJ<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY AND TO COMPEL THE DEPOSITIONS OF WILLIAM HOOPER AND PATRICK POWERS**<br><br>**Date:**　　　　**March 18, 2008**<br>**Time:**　　　　**9:30 a.m.**<br>**Courtroom:**　**11 (19th Floor)**<br>**Judge:**　　　**Hon. Martin J. Jenkins**<br><br>Action Removed: July 13, 2007<br>Trial Date:　　　April 7, 2008 |

*NOTICE OF MOTION – Case No. C07-3629 MJJ*

014965.0004\838848.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on March 18, 2008 at 9:30 a.m. in Courtroom 11 (19th

3  Floor) of the Court located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff

4  RICHARD TRAVERSO will move the Court for an order directing Defendant CLEAR

5  CHANNEL OUTDOOR, INC. ("Clear Channel") to serve further responses to written discovery

6  and to produce for deposition Messrs. William Hooper and Patrick Powers, pursuant to Rule 26 of

7  the Federal Rules of Civil Procedure and Local Rule 37.

8  Plaintiff's motion is made on the following grounds:

9  1.  Plaintiff served written discovery on Clear Channel.

10  2.  Clear Channel initially refused to produce documents or answer interrogatories.

11  However, during the meet and confer, Clear Channel agreed to produce documents as well as

12  provide certain information to Plaintiff.  Despite Clear Channel's representations, it has not

13  produced all the documents or information agreed upon during the meet and confer.  Further,

14  Clear Channel has sought the same documents and information from Plaintiff, which Plaintiff has

15  produced, but which Clear Channel continues to refuse to produce.

16  3.  Clear Channel has further refused to produce two of its employees for deposition,

17  although their depositions were set within the time to complete discovery, and Plaintiff made

18  himself available for deposition, and sat for a day long deposition, after discovery cut-off.

19  Plaintiff's motion shall be based on this Notice of Motion and Motion to Compel Further

20  Responses to Written Discovery and to Compel the Depositions of William Hooper and Patrick

21  Powers; the attached memorandum of points and authorities, separate statement, declarations of

22  Joseph P. McMonigle and Garret D. Murai, and the deposition transcript of Richard Traverso; and

23  any other pleadings or other evidence as may be submitted.

24  Dated: February 11, 2008                **WENDEL, ROSEN, BLACK & DEAN LLP**

26  By:    /s/ Richard A. Sipos
                Richard A. Sipos
27              Attorneys for Plaintiff
                RICHARD TRAVERSO

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

014965.0004\838848.1    *NOTICE OF MOTION – Case No. C07-3629 MJJ*   - 2 -