1   Richard A. Sipos (Bar No. 126982)
    Garret D. Murai (Bar No. 215667)
2   **WENDEL, ROSEN, BLACK & DEAN LLP**
    1111 Broadway, 24th Floor
3   Post Office Box 2047
    Oakland, CA  94607-4036
4   Telephone:  (510) 834-6600
    Facsimile:  (510) 834-1928
5   E-mail: rsipos@wendel.com

6   Joseph P. McMonigle (Bar No. 66811)
    **LONG & LEVIT LLP**
7   465 California Street, 5th Floor
    San Francisco, CA  94104
8   Telephone: (415) 397-2222
    Facsimile: (415) 397-6392
9   Email: jmcmonigle@longlevit.com

10  Attorneys for Plaintiff
    RICHARD TRAVERSO

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16  RICHARD TRAVERSO,                | Case No. C07-3629 MJJ

17       Plaintiff,                  | **[DISCOVERY MATTER]**

18       vs.                         | **[PROPOSED] ORDER GRANTING MOTION TO COMPEL FURTHER
19  CLEAR CHANNEL OUTDOOR, INC.; and  | RESPONSES TO WRITTEN DISCOVERY AND TO COMPEL THE DEPOSITIONS
    DOES 1 through 10, inclusive,    | OF WILLIAM HOOPER AND PATRICK
20                                   | POWERS**
         Defendants.
21                                   | **Date:       March 18, 2008**
22                                   | **Time:       9:30 a.m.**
                                     | **Courtroom:  11 (19th Floor)**
23                                   | **Judge:      Hon. Martin J. Jenkins**

24                                   | Action Removed: July 13, 2007
                                     | Trial Date:     April 7, 2008
25

26       Plaintiff RICHARD TRAVERSO's Motion to Compel Further Responses to Written

27  Discovery and to Compel the Depositions of William Hooper and Patrick Powers came on

28  regularly for hearing on March 18, 2008 in Courtroom 11 (19th Floor) of this Court located at 450

*ORDER – Case No. C07-3629 MJJ*

Golden Gate Avenue, San Francisco, California.  The Court having considered the papers submitted, having heard oral argument as requested or directed, and good cause appearing therefore:

   IT IS HEREBY ORDERED:

   1.   Plaintiff's Motion to Compel Further Responses to Written Discovery and to Compel the Depositions of William Hooper and Patrick Powers is GRANTED.

   2.   Defendant shall serve supplemental responses to Plaintiff's Request for Production of Documents Nos. 4, 5, and 9 and to Plaintiff's Special Interrogatory Nos. 4, 5, 6, 7, 8, and 9 no later than _____.

   3.   Defendant shall make William Hooper and Patrick Powers available for deposition no later than _____.

Dated: _____

United States District Court Judge

DOCS\S0138-713\545202.V1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036