**EXHIBIT  A**

| Total | Payment Revenue Gross | Payment Revenue Net | Period From Date |
|---|---|---|---|
| Payment: 15735-02/2 | | | |
| | 21603.67 | 18018.69 | 06/01/2004 |
| | 23553 | 19643.2 | 07/01/2004 |
| | 23553 | 19626.71 | 08/01/2004 |
| | 23553 | 19626.71 | 09/01/2004 |
| | 23553 | 19626.71 | 10/01/2004 |
| | 23553 | 19626.71 | 11/01/2004 |
| | 23553 | 19626.71 | 12/01/2004 |
| Total 2004 | 162921.67 | 135795.44 | |
| | 23553 | 19626.71 | 01/01/2005 |
| | 23553 | 19626.71 | 02/01/2005 |
| | 23553 | 19626.71 | 03/01/2005 |
| | 23553 | 19626.71 | 04/01/2005 |
| | 23553 | 19626.71 | 05/01/2005 |
| | 23553 | 19626.71 | 06/01/2005 |
| | 19626.71 | 19626.71 | 07/01/2005 |
| | 19627.42 | 19627.42 | 08/01/2005 |
| | 19627.42 | 19627.42 | 09/01/2005 |
| | 19627.42 | 19627.42 | 10/01/2005 |
| | 19627.42 | 19627.42 | 11/01/2005 |
| | 19627.42 | 19627.42 | 12/01/2005 |
| Total 2005 | 259081.81 | 235524.07 | |
| | 20021.62 | 20021.62 | 01/01/2006 |
| | 20021.62 | 20021.62 | 02/01/2006 |
| | 20021.62 | 20021.62 | 03/01/2006 |
| | 20021.62 | 20021.62 | 04/01/2006 |
| | 20021.62 | 20021.62 | 05/01/2006 |
| | 20021.62 | 20021.62 | 06/01/2006 |
| | 20021.62 | 20021.62 | 07/01/2006 |
| | 20021.62 | 20021.62 | 08/01/2006 |
| | 20021.62 | 20021.62 | 09/01/2006 |
| | 20021.62 | 20021.62 | 10/01/2006 |
| | 20021.62 | 20021.62 | 11/01/2006 |
| | 20021.62 | 20021.62 | 12/01/2006 |
| Total 2006 | 240259.44 | 240259.44 | |
| | 20021.62 | 20021.62 | 01/01/2007 |
| | 20021.62 | 20021.62 | 02/01/2007 |
| | 20021.62 | 20021.62 | 03/01/2007 |
| | 20021.62 | 20021.62 | 04/01/2007 |
| | 20021.62 | 20021.62 | 05/01/2007 |
| | 20021.62 | 20021.62 | 06/01/2007 |
| | 20021.62 | 20021.62 | 07/01/2007 |
| | 20021.62 | 20021.62 | 08/01/2007 |
| | 20021.62 | 20021.62 | 09/01/2007 |
| | 20021.62 | 20021.62 | 10/01/2007 |
| | 20021.62 | 20021.62 | 11/01/2007 |
| | 20021.62 | 20021.62 | 12/01/2007 |
| Total 2007 | 240259.44 | 240259.44 | |
| Grand Total | 902522.36 | 851838.39 | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

**Period To Date**

06/30/2004
07/31/2004
08/31/2004
09/30/2004
10/31/2004
11/30/2004
12/31/2004

01/31/2005
02/28/2005
03/31/2005
04/30/2005
05/31/2005
06/30/2005
07/31/2005
08/31/2005
09/30/2005
10/31/2005
11/30/2005
12/31/2005

01/31/2006
02/28/2006
03/31/2006
04/30/2006
05/31/2006
06/30/2006
07/31/2006
08/31/2006
09/30/2006
10/31/2006
11/30/2006
12/31/2006

01/31/2007
02/28/2007
03/31/2007
04/30/2007
05/31/2007
06/30/2007
07/31/2007
08/31/2007
09/30/2007
10/31/2007
11/30/2007
12/31/2007

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

**Lease # 19182**        **Panel # 1613**

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| | 51975 | 43310.77 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 51975 | 43310.77 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 51975 | 43310.77 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | 51975 | 43310.77 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 51975 | 43310.77 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 51975 | 43310.77 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 51975 | 43310.77 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 363825 | 303175.39 | | | |
| | 53534 | 44609.88 | 01/01/2005 | 01/31/2005 | 01/31/2005 |
| | 53534 | 44609.88 | 02/01/2005 | 02/28/2005 | 02/28/2005 |
| | 53534 | 44609.88 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 53534 | 44609.88 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 53534 | 44609.88 | 05/01/2005 | 05/31/2005 | 05/27/2005 |
| | 53534 | 44609.88 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 53534 | 44609.88 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 44609.88 | 44609.88 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 44609.88 | 44609.88 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 44609.88 | 44609.88 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 44609.88 | 44609.88 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 44609.88 | 44609.88 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 597787.4 | 535318.56 | | | |
| | 45948.16 | 45948.16 | 01/01/2006 | 01/31/2006 | 01/31/2006 |
| | 45948.16 | 45948.16 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 45948.16 | 45948.16 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 45948.16 | 45948.16 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 45948.16 | 45948.16 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 45948.16 | 45948.16 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 45948.16 | 45948.16 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 45948.16 | 45948.16 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 45948.16 | 45948.16 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 45948.16 | 45948.16 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 45948.16 | 45948.16 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| | 45948.16 | 45948.16 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 551377.92 | 551377.92 | | | |
| | 46867.29 | 46867.29 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 46867.29 | 46867.29 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 46867.29 | 46867.29 | 03/01/2007 | 03/31/2007 | 03/30/2007 |
| | 46867.29 | 46867.29 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 46867.29 | 46867.29 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 46867.29 | 46867.29 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 46867.29 | 46867.29 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 46867.29 | 46867.29 | 08/01/2007 | 08/31/2007 | 08/30/2007 |
| | 46867.29 | 46867.29 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 46867.29 | 46867.29 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 46867.29 | 46867.29 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 46867.29 | 46867.29 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 562407.48 | 562407.48 | | | |
| Grand Total | 2075397.8 | 1952279.35 | | | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

**Lease # 16102**     **Panel # 1260**

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| | 525.6 | 438.61 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 525.6 | 438.61 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 458.53 | 382.5 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 899.97 | 751.68 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| Total 2004 | 2409.7 | 2011.4 | | | |
| | 207.5 | 172.91 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 413.6 | 344.66 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 595 | 505.75 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 375 | 375 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 450 | 450 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 450 | 450 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 450 | 450 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 2941.1 | 2748.32 | | | |
| | 354.15 | 354.15 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 354.15 | 354.15 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 500 | 500 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 542.56 | 542.56 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 542.47 | 542.47 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 2500 | 2500 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 4793.33 | 4793.33 | | | |
| | 389.19 | 389.19 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 499.01 | 499.01 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 512 | 512 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 550 | 550 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 98.21 | 98.21 | 08/01/2007 | 08/31/2007 | 08/30/2007 |
| | 451.78 | 451.78 | 09/01/2007 | 09/30/2007 | 08/30/2007 |
| | 2785.71 | 2785.71 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 3482.15 | 3482.15 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 3482.14 | 3482.14 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 12250.19 | 12250.19 | | | |
| Grand Total | 22394.32 | 21803.24 | | | |

220
HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

**Lease # 16102**          **Panel # 1043**

| | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| **Total** | | | | | |
| | 12000 | 10040.4 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 10000 | 8367.65 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 5741.3 | 4876.09 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 5775 | 4909.79 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 5000 | 4166.58 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 5000 | 4166.5 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 43516.3 | 36527.01 | | | |
| | 11050 | 9966.45 | 02/01/2005 | 02/28/2005 | 02/28/2005 |
| | 6057 | 6057 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 5000 | 5000 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 6207.92 | 6207.92 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 5732.15 | 5732.15 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 4545.55 | 4545.55 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 5300 | 5300 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 4887.5 | 4887.5 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 2443.75 | 2443.75 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 51223.87 | 50140.32 | | | |
| | 5827.3 | 5827.3 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 5230.62 | 6314.17 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 4122.49 | 4122.49 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 0 | 0 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 5249.98 | 5249.98 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 36000 | 36000 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 29999.99 | 29999.99 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 37500 | 37500 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 4396.53 | 4396.53 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 4501 | 4501 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| | 4050 | 4050 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 136877.91 | 137961.46 | | | |
| | 45000 | 45000 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 45000 | 45000 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 45000 | 45000 | 03/01/2007 | 03/31/2007 | 03/30/2007 |
| | 7250 | 7250 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 45000 | 45000 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 15000 | 15000 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 13500 | 13500 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 3898.87 | 3898.87 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 4996.59 | 4996.59 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 224645.46 | 224645.46 | | | |
| Grand Total | 456263.54 | 449274.25 | | | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

| | Lease # 18267 | | Panel # 1016 | | |
|---|---|---|---|---|---|
| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
| | 5500 | 4584.25 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 5500 | 4584.25 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 6000 | 4999.8 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | 6000 | 4999.8 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 4000 | 3333.47 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 3744 | 3119.88 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 3895.03 | 3895.03 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 34639.03 | 29516.48 | | | |
| | 5300.25 | 4416.7 | 02/01/2005 | 02/28/2005 | 02/28/2005 |
| | 5300.25 | 4416.7 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 4463 | 4463 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 4675 | 4675 | 05/01/2005 | 05/31/2005 | 05/27/2005 |
| | 12718 | 10597.91 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 4550 | 4550 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 4550 | 4550 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 4966.28 | 4966.28 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 4890 | 4890 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 4550 | 4550 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 4549.78 | 4549.78 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 60512.56 | 56625.37 | | | |
| | 4549.78 | 4549.78 | 01/01/2006 | 01/31/2006 | 01/31/2006 |
| | 4750 | 4750 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 4750 | 4750 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 19999.99 | 19999.99 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 1375 | 1375 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 7500 | 7500 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 6850 | 6850 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 6850 | 6850 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 29999.99 | 29999.99 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 29999.99 | 29999.99 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 29999.99 | 29999.99 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| Total 2006 | 146624.74 | 146624.74 | | | |
| | 1928.31 | 1928.31 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 10000 | 10000 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 6055.8 | 6055.8 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 4653.85 | 4653.85 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 4653.85 | 4653.85 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 8114.79 | 8114.79 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 8256.52 | 8256.52 | 08/01/2007 | 08/31/2007 | 08/02/2007 |
| | 5300 | 5300 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | -1396.14 | -1396.14 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 4550 | 4550 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 4550 | 4550 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 56666.98 | 56666.98 | | | |
| Grand Total | 298443.31 | 289433.57 | | | |

HIGHLY CONFIDENTIAL
– ATTORNEYS' EYES ONLY

**Lease # 18348**            **Panel # 1006**

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|-------|--------------|-------------|------------------|----------------|-----------------|
| | 5185 | 5185 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 35000 | 29190 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 32476.55 | 27058.8 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | 1756.8 | 0 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 5879.17 | 5879.17 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 5879.17 | 5879.17 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 86176.69 | 73192.14 | | | |
| | 5500 | 5500 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 4675 | 4675 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | -3564.6 | -2103.54 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 7706.67 | 7706.67 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 7706.67 | 7706.67 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 34000 | 34000 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 4833.31 | 4833.31 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 4969.13 | 4969.13 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 4381.59 | 4381.59 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 70207.77 | 71668.83 | | | |
| | 9711.8 | 9711.8 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 19999.99 | 19999.99 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 5800 | 5800 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 29999.99 | 29999.99 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 29999.99 | 29999.99 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 18379.02 | 18379.02 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 5003.4 | 5003.4 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 5890.95 | 5890.95 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 5722.8 | 5722.8 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| | 5700 | 5700 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 136207.94 | 136207.94 | | | |
| | 3000 | 3000 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 36000 | 36000 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 38000 | 38000 | 03/01/2007 | 03/31/2007 | 03/30/2007 |
| | 2258.28 | 2258.28 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 3400 | 3400 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 6892.86 | 6892.86 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 11607.14 | 11607.14 | 08/01/2007 | 08/31/2007 | 08/02/2007 |
| | 6000 | 6000 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 6000 | 6000 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 7000 | 7000 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 10000 | 10000 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 130158.28 | 130158.28 | | | |
| Grand Total | 422750.68 | 411227.19 | | | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

Lease # 18348                Panel # 1038

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|-------|---------------|-------------|------------------|----------------|-----------------|
|       | 35000         | 29165.5     | 06/01/2004       | 06/30/2004     | 07/01/2004      |
|       | 35000         | 29165.5     | 07/01/2004       | 07/31/2004     | 07/30/2004      |
|       | 42000         | 34998.6     | 08/01/2004       | 08/31/2004     | 08/31/2004      |
|       | 42000         | 34998.6     | 09/01/2004       | 09/30/2004     | 09/30/2004      |
|       | 4725          | 3937.8      | 10/01/2004       | 10/31/2004     | 10/28/2004      |
|       | 7330.82       | 6109.14     | 11/01/2004       | 11/30/2004     | 11/30/2004      |
|       | 14661.63      | 12217.54    | 12/01/2004       | 12/31/2004     | 01/03/2005      |
| Total 2004 | 180717.45 | 150592.68   |                  |                |                 |
|       | 4805.46       | 4004.39     | 01/01/2005       | 01/31/2005     | 01/31/2005      |
|       | 74000         | 67332       | 02/01/2005       | 02/28/2005     | 02/28/2005      |
|       | 34000         | 34000       | 03/01/2005       | 03/31/2005     | 03/30/2005      |
|       | 40000         | 33332       | 05/01/2005       | 05/31/2005     | 05/27/2005      |
|       | 40000         | 33332       | 06/01/2005       | 06/30/2005     | 06/29/2005      |
|       | 40000         | 33332       | 07/01/2005       | 07/31/2005     | 07/28/2005      |
|       | 33332         | 33332       | 08/01/2005       | 08/31/2005     | 08/31/2005      |
|       | 33332         | 33332       | 09/01/2005       | 09/30/2005     | 09/28/2005      |
|       | 33332         | 33332       | 10/01/2005       | 10/31/2005     | 10/28/2005      |
|       | 33332         | 33332       | 11/01/2005       | 11/30/2005     | 11/30/2005      |
|       | 33332         | 33332       | 12/01/2005       | 12/31/2005     | 12/29/2005      |
| Total 2005 | 399465.46 | 371992.39   |                  |                |                 |
|       | 10499.58      | 10499.58    | 01/01/2006       | 01/31/2006     | 01/31/2006      |
|       | 33332         | 33332       | 02/01/2006       | 02/28/2006     | 02/28/2006      |
|       | 33332         | 33332       | 03/01/2006       | 03/31/2006     | 03/30/2006      |
|       | 18957.5       | 18957.5     | 04/01/2006       | 04/30/2006     | 04/28/2006      |
|       | 18957.5       | 18957.5     | 05/01/2006       | 05/31/2006     | 05/30/2006      |
|       | 9852.5        | 9852.5      | 06/01/2006       | 06/30/2006     | 06/29/2006      |
|       | 9852.5        | 9852.5      | 07/01/2006       | 07/31/2006     | 07/31/2006      |
|       | 9852.5        | 9852.5      | 08/01/2006       | 08/31/2006     | 08/31/2006      |
|       | 9852.5        | 9852.5      | 09/01/2006       | 09/30/2006     | 09/29/2006      |
|       | 9852.5        | 9852.5      | 10/01/2006       | 10/31/2006     | 10/31/2006      |
|       | 9852.5        | 9852.5      | 11/01/2006       | 11/30/2006     | 11/30/2006      |
|       | 9852.5        | 9852.5      | 12/01/2006       | 12/31/2006     | 01/02/2007      |
| Total 2006 | 184046.08 | 184046.08   |                  |                |                 |
|       | 62307.4       | 62307.4     | 01/01/2007       | 01/31/2007     | 01/31/2007      |
|       | 31538.25      | 31538.25    | 02/01/2007       | 02/28/2007     | 02/27/2007      |
|       | 31538.25      | 31538.25    | 03/01/2007       | 03/31/2007     | 03/30/2007      |
|       | 31538.25      | 31538.25    | 04/01/2007       | 04/30/2007     | 04/30/2007      |
|       | 31538.25      | 31538.25    | 05/01/2007       | 05/31/2007     | 05/31/2007      |
|       | 31538.25      | 31538.25    | 06/01/2007       | 06/30/2007     | 06/28/2007      |
|       | 18021.86      | 18021.86    | 07/01/2007       | 07/31/2007     | 08/02/2007      |
|       | 34917.34      | 34917.34    | 08/01/2007       | 08/31/2007     | 08/30/2007      |
|       | 33790.99      | 33790.99    | 09/01/2007       | 09/30/2007     | 09/28/2007      |
|       | 34917.34      | 34917.34    | 10/01/2007       | 10/31/2007     | 10/31/2007      |
|       | 33790.99      | 33790.99    | 11/01/2007       | 11/30/2007     | 11/30/2007      |
|       | 33790.98      | 33790.98    | 12/01/2007       | 12/31/2007     | 01/03/2008      |
| Total 2007 | 409228.15 | 409228.15   |                  |                |                 |
| Grand Total | 1173457.14 | 1115859.3 |                |                |                 |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

**Lease # 18688**     **Panel # 1020**

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| | 4650 | 3953.2 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 6000 | 5000.7 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 11800 | 9834.81 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | -461.54 | -384.67 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 3026.75 | 0 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 4999.98 | 4999.98 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 30015.19 | 23404.02 | | | |
| | 3375 | 2868.75 | 01/01/2005 | 01/31/2005 | 01/31/2005 |
| | 9853.85 | 8286.36 | 02/01/2005 | 02/28/2005 | 02/28/2005 |
| | 5353.85 | 4461.36 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 4880 | 4148 | 05/01/2005 | 05/31/2005 | 05/27/2005 |
| | 4926.85 | 4187.82 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 10220.4 | 10220.4 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 4549.78 | 4549.78 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 1244.01 | 1244.01 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 4620.7 | 4620.7 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 4600 | 4600 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 16000 | 16000 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 69624.44 | 65187.18 | | | |
| | 2869 | 2869 | 01/01/2006 | 01/31/2006 | 01/31/2006 |
| | 3825.33 | 3825.33 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 4816 | 4816 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 4816 | 4816 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 4100 | 4100 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 4100 | 4100 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 5000 | 5000 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 5132 | 5132 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 5132 | 5132 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 5200 | 5200 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 6815.4 | 6815.4 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| | 5000 | 5000 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 56805.73 | 56805.73 | | | |
| | 5738 | 5738 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 5738 | 5738 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 4840 | 4840 | 03/01/2007 | 03/31/2007 | 03/30/2007 |
| | 4653.85 | 4653.85 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 4400 | 4400 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 4425.08 | 4425.08 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 4996.57 | 4996.57 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 4996.57 | 4996.57 | 08/01/2007 | 08/31/2007 | 08/30/2007 |
| | 30000 | 30000 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 30000 | 30000 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 4946.5 | 4946.5 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 2630.5 | 2630.5 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 107365.07 | 107365.07 | | | |
| Grand Total | 263810.43 | 252762 | | | |

225
HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

Lease # 18688　　　　Panel # 1605

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| | 28984 | 24152.37 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 28984 | 24152.37 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 28984 | 24152.37 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | 9661.33 | 8050.94 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 28984 | 24153.24 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 28984 | 24153.24 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 28984 | 24153.24 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 183565.33 | 152967.77 | | | |
| | 44707 | 37254.34 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 44707 | 37254.34 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 44707 | 37254.34 | 05/01/2005 | 05/31/2005 | 05/27/2005 |
| | 44707 | 37254.34 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 44707 | 37254.34 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 37254.34 | 37254.34 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 40999.98 | 40999.98 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 40999.98 | 40999.98 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 40999.98 | 40999.98 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 44999.98 | 44999.98 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 428789.26 | 391525.96 | | | |
| | 40000 | 40000 | 01/01/2006 | 01/31/2006 | 01/31/2006 |
| | 46000 | 46000 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 46000 | 46000 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 46000 | 46000 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 48000 | 48000 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 48000 | 48000 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 48000 | 48000 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 45000 | 45000 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 40000 | 40000 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 45000 | 45000 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 44999.85 | 44999.85 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| | 45000 | 45000 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 541999.85 | 541999.85 | | | |
| | 45000 | 45000 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 45000 | 45000 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 41666.65 | 41666.65 | 03/01/2007 | 03/31/2007 | 03/30/2007 |
| | 41666.65 | 41666.65 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 35000 | 35000 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 50000.18 | 50000.18 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 50001.18 | 50001.18 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 10000 | 10000 | 08/01/2007 | 08/31/2007 | 08/30/2007 |
| | 44999.98 | 44999.98 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 44999.98 | 44999.98 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 44999.98 | 44999.98 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 46678.55 | 46678.55 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 500013.15 | 500013.15 | | | |
| | 45321.43 | 45321.43 | 01/01/2008 | 01/31/2008 | 01/03/2008 |
| Total 2008 | 45321.43 | 45321.43 | | | |
| Grand Total | 1699689.02 | 1631828.16 | | | |

226
HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

**Lease # 18862**          **Panel # 1066**

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| | 5421.64 | 4518.22 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 5421.64 | 4518.22 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 7590.3 | 6325 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | 40000 | 33332.67 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 5300 | 4416.84 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 4781 | 3984.01 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 68514.58 | 57094.96 | | | |
| | 4725 | 3937.34 | 01/01/2005 | 01/31/2005 | 01/31/2005 |
| | 6129 | 6129 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 5892.86 | 5892.86 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 5030.5 | 5030.5 | 05/01/2005 | 05/31/2005 | 05/27/2005 |
| | 4675 | 4675 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 4675 | 4675 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 8499.66 | 8499.66 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 4675 | 4675 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 4550 | 4550 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 48852.02 | 48064.36 | | | |
| | 5500 | 5500 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 3645.3 | 4432.96 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 4890 | 4890 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 27000 | 27000 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 4816 | 4816 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 4816 | 4816 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 6850 | 6850 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 6850 | 6850 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 5074.83 | 5074.83 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| Total 2006 | 69442.13 | 70229.79 | | | |
| | 4816 | 4816 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 5045.33 | 5045.33 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 11500 | 11500 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 16499.99 | 16499.99 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 6286.65 | 6286.65 | 08/01/2007 | 08/31/2007 | 08/30/2007 |
| | 25882.19 | 25882.19 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 17749.09 | 17749.09 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 13661.17 | 13661.17 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 13089.74 | 13089.74 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 114530.16 | 114530.16 | | | |
| Grand Total | 301338.89 | 289919.27 | | | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

Lease # 18862                Panel # 1612

| | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| **Total** | | | | | |
| | 26666.67 | 22221.78 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 26666.67 | 22221.78 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 30000 | 24999 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | 30000 | 30000 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 30000 | 24999.9 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 30000 | 24999.9 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 30000 | 24999.9 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 203333.34 | 174442.26 | | | |
| | 28597 | 28597 | 02/01/2005 | 02/28/2005 | 02/28/2005 |
| | 42000.17 | 34998.74 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 42000.17 | 34998.74 | 05/01/2005 | 05/31/2005 | 05/27/2005 |
| | 42000.17 | 34998.74 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 42000.17 | 34998.74 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 42000.17 | 34998.74 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 34998.74 | 34998.74 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 34998.74 | 34998.74 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 30000.14 | 30000.14 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 338595.47 | 303588.32 | | | |
| | 34998.74 | 34998.74 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 35001.26 | 35001.26 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 36575 | 36575 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 36575 | 36575 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 36575 | 36575 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 36575 | 36575 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 36575 | 36575 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 36575 | 36575 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 36575 | 36575 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| | 36575 | 36575 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 362600 | 362600 | | | |
| | 36575 | 36575 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 36575 | 36575 | 03/01/2007 | 03/31/2007 | 03/30/2007 |
| | 68450 | 68450 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 34225 | 34225 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 34225 | 34225 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 11000.89 | 11000.89 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 31605.32 | 31605.32 | 08/01/2007 | 08/31/2007 | 08/30/2007 |
| | 28287.45 | 28287.45 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 17112.5 | 17112.5 | 10/01/2007 | 10/31/2007 | 09/28/2007 |
| | 23224.11 | 23224.11 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 37891.96 | 37891.96 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 359172.23 | 359172.23 | | | |
| | 7333.93 | 7333.93 | 01/01/2008 | 01/31/2008 | 01/03/2008 |
| Total 2008 | 7333.93 | 7333.93 | | | |
| Grand Total | 1271034.97 | 1207136.74 | | | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

**Lease # 19172**          **Panel # 1608**

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| | 5775 | 4909.79 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 32500 | 27082.25 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 32500 | 27082.25 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 4800 | 4080.86 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 4800 | 4080 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 80375 | 67235.15 | | | |
| | 5300 | 4416.49 | 01/01/2005 | 01/31/2005 | 01/31/2005 |
| | 5300 | 4416.49 | 02/01/2005 | 02/28/2005 | 02/28/2005 |
| | 6057 | 6057 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 6057 | 6057 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 1433.1 | 1433.1 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 38000 | 32300 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 5000 | 5000 | 08/01/2005 | 08/31/2005 | 08/31/2005 |
| | 5015.5 | 5015.5 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 5500 | 5500 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 31250 | 31250 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 31250 | 31250 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 140162.6 | 132695.58 | | | |
| | 40000 | 40000 | 01/01/2006 | 01/31/2006 | 01/31/2006 |
| | 5074.83 | 5074.83 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 12500 | 12500 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 4250 | 4250 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 5200 | 5200 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 5200 | 5200 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 11249.55 | 11249.55 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 40000 | 40000 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 5074.83 | 5074.83 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 11013 | 11013 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| | 11013 | 11013 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 150575.21 | 150575.21 | | | |
| | 35000 | 35000 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 35000 | 35000 | 03/01/2007 | 03/31/2007 | 03/30/2007 |
| | 5327.25 | 5327.25 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 9499.92 | 9499.92 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 4653.85 | 4653.85 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 4321.43 | 4321.43 | 08/01/2007 | 08/31/2007 | 08/30/2007 |
| | 7832.42 | 7832.42 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 5327.31 | 5327.31 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 4494.28 | 4494.28 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 4999.56 | 4999.56 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 116456.02 | 116456.02 | | | |
| Grand Total | 487568.83 | 466961.96 | | | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

Lease # 19182                Panel # 1261

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|---|---|---|---|---|---|
| | 445 | 371.48 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 445 | 371.48 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 445 | 371.48 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | 638.75 | 542.94 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 730 | 620.54 | 10/01/2004 | 10/31/2004 | 10/28/2004 |
| | 550 | 468.03 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| Total 2004 | 3253.75 | 2745.95 | | | |
| | 425 | 425 | 01/01/2005 | 01/31/2005 | 01/31/2005 |
| | 675 | 562.48 | 02/01/2005 | 02/28/2005 | 02/28/2005 |
| | 675 | 562.48 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 675 | 562.48 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 675 | 562.48 | 05/01/2005 | 05/31/2005 | 05/27/2005 |
| | 350 | 350 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 645 | 645 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 678.93 | 678.93 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 500 | 500 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 469.83 | 469.83 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 5768.76 | 5318.68 | | | |
| | 89.76 | 89.76 | 01/01/2006 | 01/31/2006 | 01/31/2006 |
| | 508.33 | 508.33 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 950 | 950 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 500 | 500 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 500 | 500 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 710 | 710 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 355 | 355 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 122.16 | 122.16 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| Total 2006 | 3735.25 | 3735.25 | | | |
| | 600 | 600 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 600 | 600 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 534.24 | 534.24 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 5000 | 5000 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 5000 | 5000 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 5000 | 5000 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 365 | 365 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 730 | 730 | 10/01/2007 | 10/31/2007 | 10/31/2007 |
| | 1414.29 | 1414.29 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 1885.71 | 1885.71 | 12/01/2007 | 12/31/2007 | 11/30/2007 |
| Total 2007 | 21129.24 | 21129.24 | | | |
| Grand Total | 33887 | 32929.12 | | | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

Lease # 19182                    Panel # 1054

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date | Recognised Date |
|-------|---------------|-------------|------------------|----------------|-----------------|
| | 5185 | 5185 | 06/01/2004 | 06/30/2004 | 07/01/2004 |
| | 5320 | 4522.95 | 07/01/2004 | 07/31/2004 | 07/30/2004 |
| | 5775 | 4909.79 | 08/01/2004 | 08/31/2004 | 08/31/2004 |
| | 9500 | 8000.6 | 09/01/2004 | 09/30/2004 | 09/30/2004 |
| | 4800 | 4080.86 | 11/01/2004 | 11/30/2004 | 11/30/2004 |
| | 4800 | 4080 | 12/01/2004 | 12/31/2004 | 01/03/2005 |
| Total 2004 | 35380 | 30779.2 | | | |
| | 1412 | 1412 | 02/01/2005 | 02/28/2005 | 02/28/2005 |
| | 4600 | 4600 | 03/01/2005 | 03/31/2005 | 03/30/2005 |
| | 4761.9 | 4761.9 | 04/01/2005 | 04/30/2005 | 04/29/2005 |
| | 5200 | 5200 | 06/01/2005 | 06/30/2005 | 06/29/2005 |
| | 3602.65 | 3602.65 | 07/01/2005 | 07/31/2005 | 07/28/2005 |
| | 4675 | 4675 | 09/01/2005 | 09/30/2005 | 09/28/2005 |
| | 4500 | 4500 | 10/01/2005 | 10/31/2005 | 10/28/2005 |
| | 4550 | 4550 | 11/01/2005 | 11/30/2005 | 11/30/2005 |
| | 4550 | 4550 | 12/01/2005 | 12/31/2005 | 12/29/2005 |
| Total 2005 | 37851.55 | 37851.55 | | | |
| | 5500 | 5500 | 01/01/2006 | 01/31/2006 | 01/31/2006 |
| | 5500 | 5500 | 02/01/2006 | 02/28/2006 | 02/28/2006 |
| | 5200 | 5200 | 03/01/2006 | 03/31/2006 | 03/30/2006 |
| | 4122.49 | 4122.49 | 04/01/2006 | 04/30/2006 | 04/28/2006 |
| | 5299.57 | 5299.57 | 05/01/2006 | 05/31/2006 | 05/30/2006 |
| | 5800 | 5800 | 06/01/2006 | 06/30/2006 | 06/29/2006 |
| | 4816 | 4816 | 07/01/2006 | 07/31/2006 | 07/31/2006 |
| | 4816 | 4816 | 08/01/2006 | 08/31/2006 | 08/31/2006 |
| | 5074.83 | 5074.83 | 09/01/2006 | 09/30/2006 | 09/29/2006 |
| | 5300 | 5300 | 10/01/2006 | 10/31/2006 | 10/31/2006 |
| | 6850 | 6850 | 11/01/2006 | 11/30/2006 | 11/30/2006 |
| | 6850 | 6850 | 12/01/2006 | 12/31/2006 | 01/02/2007 |
| Total 2006 | 65128.89 | 65128.89 | | | |
| | 4653.85 | 4653.85 | 01/01/2007 | 01/31/2007 | 01/31/2007 |
| | 4653.85 | 4653.85 | 02/01/2007 | 02/28/2007 | 02/27/2007 |
| | 5500 | 5500 | 03/01/2007 | 03/31/2007 | 03/30/2007 |
| | 12500 | 12500 | 04/01/2007 | 04/30/2007 | 04/30/2007 |
| | 5500 | 5500 | 05/01/2007 | 05/31/2007 | 05/31/2007 |
| | 7250 | 7250 | 06/01/2007 | 06/30/2007 | 06/28/2007 |
| | 6982.14 | 6982.14 | 07/01/2007 | 07/31/2007 | 08/02/2007 |
| | 1517.86 | 1517.86 | 08/01/2007 | 08/31/2007 | 08/02/2007 |
| | 7500 | 7500 | 09/01/2007 | 09/30/2007 | 09/28/2007 |
| | 12500 | 12500 | 10/01/2007 | 10/30/2007 | 10/31/2007 |
| | 4494.28 | 4494.28 | 11/01/2007 | 11/30/2007 | 11/30/2007 |
| | 5195.99 | 5195.99 | 12/01/2007 | 12/31/2007 | 01/03/2008 |
| Total 2007 | 78247.97 | 78247.97 | | | |
| | 5303.57 | 5303.57 | 01/01/2008 | 01/31/2008 | 01/03/2008 |
| Total 2008 | 5303.57 | 5303.57 | | | |
| Grand Total | 221911.98 | 217311.18 | | | |

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES ONLY

**Total Payment 15807-01**

| Payment Revenue Gross | Payment Revenue Net | Period From Date | Period To Date | Campaign | Campaign Name |
|---|---|---|---|---|---|
| 42664.96 | 42664.96 | 1/1/2007 | 1/31/2007 | 010000177 | California Lottery 7/06 B |
| 42664.96 | 42664.96 | 2/1/2007 | 2/28/2007 | 010000177 | California Lottery 7/06 B |
| 42664.96 | 42664.96 | 3/1/2007 | 3/31/2007 | 010000177 | California Lottery 7/06 B |
| 42664.96 | 42664.96 | 4/1/2007 | 4/30/2007 | 010000177 | California Lottery 7/06 B |
| 42664.96 | 42664.96 | 5/1/2007 | 5/31/2007 | 010000177 | California Lottery 7/06 B |
| 42664.96 | 42664.96 | 6/1/2007 | 6/30/2007 | 010000177 | California Lottery 7/06 B |
| 41288.67 | 41288.67 | 7/1/2007 | 7/31/2007 | 010006150 | Cal Lottery 7/07 PB SF |
| 42664.96 | 42664.96 | 8/1/2007 | 8/31/2007 | 010006150 | Cal Lottery 7/07 PB SF |
| 42619.08 | 42619.08 | 9/1/2007 | 9/30/2007 | 010006150 | Cal Lottery 7/07 PB SF |
| 42710.84 | 42710.84 | 10/1/2007 | 10/31/2007 | 010006150 | Cal Lottery 7/07 PB SF |
| 42619.08 | 42619.08 | 11/1/2007 | 11/30/2007 | 010006150 | Cal Lottery 7/07 PB SF |
| 42710.84 | 42710.84 | 12/1/2007 | 12/31/2007 | 010006150 | Cal Lottery 7/07 PB SF |
| 510603.23 | 510603.23 | | | | |

**Total 2007**

Highly Confidential
Attorney Eyes Only

CCO000317

Lease # 49191 Panel # 1620

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date |
|---|---|---|---|---|
| | 35000 | 35000 | 1/1/2007 | 1/31/2007 |
| | 35000 | 35000 | 2/1/2007 | 2/28/2007 |
| | 35000 | 35000 | 3/1/2007 | 3/31/2007 |
| | 64616 | 64616 | 4/1/2007 | 4/30/2007 |
| | 32308 | 32308 | 5/1/2007 | 5/31/2007 |
| | 32308 | 32308 | 6/1/2007 | 6/30/2007 |
| | 10384.71 | 10384.71 | 7/1/2007 | 7/31/2007 |
| | 35769.58 | 35769.58 | 8/1/2007 | 8/31/2007 |
| | 34615.71 | 34615.71 | 9/1/2007 | 9/30/2007 |
| | 35769.57 | 35769.57 | 10/1/2007 | 10/31/2007 |
| | 34615.71 | 34615.71 | 11/1/2007 | 11/30/2007 |
| | 35769.58 | 35769.58 | 12/1/2007 | 12/31/2007 |
| Total 2007 | 421156.86 | 421156.86 | | |

Highly Confidential
Attorney Eyes Only

CCO000318

Lease # 49191 Panel # 1621

| Total | Revenue Gross | Revenue Net | Period From Date | Period To Date |
|---|---|---|---|---|
| | 70154 | 70154 | 1/1/2007 | 1/31/2007 |
| | 35077 | 35077 | 2/1/2007 | 2/28/2007 |
| | 35077 | 35077 | 3/1/2007 | 3/31/2007 |
| | 35077 | 35077 | 4/1/2007 | 4/30/2007 |
| | 35077 | 35077 | 5/1/2007 | 5/31/2007 |
| | 35077 | 35077 | 6/1/2007 | 6/30/2007 |
| | 20044 | 20044 | 7/1/2007 | 7/31/2007 |
| | 38835.25 | 38835.25 | 8/1/2007 | 8/31/2007 |
| | 37582.5 | 37582.5 | 9/1/2007 | 9/30/2007 |
| | 38835.25 | 38835.25 | 10/1/2007 | 10/31/2007 |
| | 37582.5 | 37582.5 | 11/1/2007 | 11/30/2007 |
| | 38872.86 | 38872.86 | 12/1/2007 | 12/31/2007 |
| Total 2007 | 457291.36 | 457291.36 | | |

**Highly Confidential**
**Attorney Eyes Only**

CCO000319

**EXHIBIT  B**

TraversoRoughDraft

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                     ---oOo---

4

5    RICHARD TRAVERSO,

6              PLAINTIFF,

7         VS.                    NO. 07-CV-03629 MJJ

8    CLEAR CHANNEL OUTDOOR, INC.,
     AND DOES 1 - 10,
9
               DEFENDANTS.
10   _____ /

11

12

13

14         DEPOSITION OF RICHARD JAMES TRAVERSO

15            WEDNESDAY, FEBRUARY 6, 2008

16

17

18

19

20

21

22

23

24

25   PAGES 1 -

                                        2

1

2

TraversoRoughDraft

1       Q.   AND THEN AS THE SIGN OWNER OR OPERATOR,

2  WOULD YOU THEN RECEIVE WHAT'S LEFT AFTER THE BROKER'S

3  COMMISSION IS TAKEN?

4       A.   YES.

5       Q.   AND IS THAT -- I KIND OF WANT TO WORK ON

6  SOME VOCABULARY HERE -- WOULD THAT BE NET ADVERTISING

7  REVENUE?

8       A.   YES.

9       Q.   AND ARE YOU FAMILIAR WITH THE TERM "GROSS

10 ADVERTISING REVENUE"?

11      A.   YES, I AM.

12      Q.   AND WHAT WOULD THAT BE?

13      A.   THAT WOULD BE THE LIST PRICE FOR THE SIGN.

14      Q.   HOW LONG DOES AN APPLE OR A CHEVY TEND TO

15 POST ADVERTISING ON AN INDIVIDUAL SIGN?

16      A.   THE RANGE RUNS FROM A MONTH TO THREE YEARS.

17      Q.   AS A SIGN OWNER OR OPERATOR, IS THERE ANY

18 PREFERENCE TOWARD, YOU KNOW, MONTHLY DEALS VERSUS

19 LONG-TERM DEALS?

20      A.   IF YOU WANT TO WORK A LITTLE HARDER, IF YOU

21 DO THEM SHORT TERM YOU USUALLY CAN GET MORE MONEY FOR

22 THEM.  WITH LONGER-TERM CONTRACTS, TYPICALLY YOU TAKE

23 A LITTLE LESS.

24      Q.   AND ARE YOU FAMILIAR WITH THE TERM "DEC"?

25      A.   YES.

TraversoRoughDraft

5    A.  THEY CAN BE, YES.

6    Q.  AS A SIGN OWNER WOULD YOU EVER CONSIDER

7  RENT WHICH EXCEEDS YOUR GROSS REVENUE TO BE

8  REASONABLE?

9        MR. MCMONIGLE:  YOU ARE TALKING ABOUT GROSS

10  AD REVENUE?

11        MR. MITCHELL:  YES.

12        THE WITNESS:  I'M NOT FOLLOWING WHAT YOUR

13  QUESTION IS.

14        BY MR. MITCHELL:

15    Q.  I'LL TRY IT AGAIN.

16        AS A SIGN OWNER, WOULD YOU EVER CONSIDER

17  RENT TO BE REASONABLE IF IT EXCEEDS YOUR GROSS

18  ADVERTISING REVENUE.

19    A.  AGAIN, YOU'D HAVE TO PUT NUMBERS TO IT.

20    Q.  SO ARE YOU SAYING THAT THERE ARE SITUATIONS

21  WHERE IF YOUR RENT EXCEEDS YOUR GROSS ADVERTISING

22  REVENUE, YOU WOULD DEEM THAT TO BE REASONABLE?

23        MR. MCMONIGLE:  IT'S BEEN ASKED AND

24  ANSWERED.

25        GO AHEAD.

                                                29

1        THE WITNESS:  IT DEPENDS ON THE NUMBERS.

2  WHEN YOU TAKE ON SIGNS, THE FIRST TIME YOU START UP

3  WITH THEM SOMETIMES YOU ARE PAYING MORE THAN YOU ARE

4  GETTING FOR THEM.  THEY MAY HAVE AN ADVERTISING

5  CONTRACT THAT YOU HAVE TO LIVE WITH.  YOU'VE GONE IN

6  AND PAID MORE THAN THE RENT ON THE EXISTING CONTRACT,

7  INTENDING TO RAISE YOUR RENT WHEN IT MATURES.

Page 27

TraversoRoughDraft

```
 8   THERE'S ALL DIFFERENT WAYS ITS WORKS.

 9        IF YOU LAY ALL THE FACTS OUT, THEN I CAN

10   ANSWER QUESTIONS ABOUT IT.  BUT THE WAY YOU'RE ASKING

11   IT, IT DOESN'T GIVE ENOUGH FACTS TO GIVE YOU A REALLY

12   GOOD ANSWER.

13        MR. MITCHELL:  RIGHT.  OKAY.

14   Q.  HAVE YOU EVER PAID RENT THAT EXCEEDS YOUR

15   GROSS ADVERTISING REVENUE?

16   A.  YES.

17   Q.  HOW MANY TIMES?

18   A.  I WANT TO SAY 20, 30 TIMES, BUT I COULDN'T

19   GO DIG ALL THAT STUFF UP TO VERIFY IT.  BUT IT'S

20   HAPPENED FREQUENTLY, ACTUALLY.  ESPECIALLY WHEN YOU

21   ARE ON THE ACQUISITION TRAIL.

22   Q.  IN SOME DISCOVERY MATERIALS THAT WERE

23   PRODUCED THERE WAS A SIGN LOCATION AT 415 SIXTH

24   STREET.  DOES THAT RING A BELL WITH YOU?

25   A.  NO.
```

30

```
 1   Q.  ARE YOU CURRENTLY OPERATING A SIGN AT

 2   415 SIXTH STREET?

 3   A.  I DON'T THINK SO.

 4   Q.  HAVE YOU EVER OPERATED A SIGN AT 415 SIXTH

 5   STREET?

 6   A.  I DON'T KNOW.

 7        MR. MCMONIGLE:  SOMEBODY OWES YOU RENT

 8   SOMEWHERE.  GET ON THE TRAIL.

 9        THE WITNESS:  IT SOUNDS LIKE IT.
```

Page 28

TraversoRoughDraft

10          BY MR. MITCHELL:

11          Q.  THERE WAS ANOTHER SIGN THAT WAS REFERENCED

12   IN THE MATERIALS THAT WERE PRODUCED AT 1615 CORTLAND.

13   ARE YOU OPERATING A SIGN THERE NOW?

14          A.  NO.

15          Q.  HAVE YOU EVER OPERATED A SIGN THERE?

16          A.  YES.

17          Q.  DO YOU KNOW WHEN THAT WAS?

18          A.  PROBABLY FROM ABOUT 1998 OR '99 TO ABOUT

19   2006.

20          Q.  AND DID YOU OWN THAT SIGN?

21          A.  NO.

22          Q.  DO YOU KNOW IF THAT SIGN IS STILL UP?

23          A.  YES, IT IS.

24          Q.  YOU SAID YOU ARE OPERATING A SIGN AT

25   476 FIFTH STREET; IS THAT CORRECT?

31

1          A.  YES.

2          Q.  HOW MANY FACES ARE AT THAT LOCATION?

3          A.  THREE.

4          Q.  AND ARE YOU OPERATING ALL THREE OF THOSE

5   FACES?

6          A.  I'M SORRY.  SAY THAT AGAIN.

7          Q.  ARE YOU OPERATING ALL THREE OF THOSE FACES?

8          A.  NO.

9          Q.  OKAY.  HOW MANY ARE YOU OPERATING?

10          A.  TWO.

11          Q.  AND WHAT ARE THE DIMENSIONS OF THE TWO

12   FACES YOU'RE OPERATING?

Page 29

TraversoRoughDraft

13      A.   20 BY 60 AND -- WAIT A MINUTE.   20 OR 22 BY

14  60.   AND THE OTHER ONE IS 20 OR 22 BY 50.

15      Q.   IS THERE SUCH A THING AS STANDARD SIZING

16  AND NON-STANDARD SIZING FOR BILLBOARDS?

17      A.   YES.

18      Q.   OKAY.   WHAT IS STANDARD SIZING?   MAYBE

19  THAT'S NOT THE RIGHT WAY TO PUT IT.

20          ARE THERE CERTAIN SIZES THAT FALL WITHIN

21  STANDARD SIZING?

22      A.   YES, THERE ARE.

23      Q.   OKAY.   AND WHAT ARE THOSE SIZES?

24      A.   SIX BY 12.   12 BY 25.   24 BY 24.   14 BY 48.

25  20 BY 60.

                                                      32

1       Q.   SO THE FIRST OF THE TWO FACES THAT YOU

2   MENTIONED ON 476 FIFTH STREET -- AT LEAST THE ONES

3   THAT YOU'RE OPERATING -- ONE OF THEM SOUNDS LIKE IT'S

4   A STANDARD SIZE; IS THAT RIGHT?

5       A.   YES.

6       Q.   AND THE OTHER ONE, WHICH I THINK YOU SAID

7   WAS 20 OR 22 BY 50, THAT WOULD BE A NON-STANDARD

8   SIZE; IS THAT CORRECT?

9       A.   YES.

10      Q.   DOES THE STANDARD VERSUS NON-STANDARD ISSUE

11  HAVE ANY EFFECT ON THE MARKETABILITY OF A SIGN?

12      A.   AT THIS TIME IN LIFE, NOT REALLY.

13      Q.   THAT LEADS ME TO BELIEVE AT SOME POINT IT

14  DID.

                        Page 30

TraversoRoughDraft
25   BEEN CPI.  MAYBE I'M WRONG ON THAT.  I THINK IT WAS

37

1   CPI, NOW THAT I RUN IT THROUGH MY HEAD A LITTLE BIT.

2   IT WAS CPI BECAUSE HE HAD TO FIGURE IT EACH YEAR.

3   THAT'S RIGHT.

4        Q.   AND SO NOW THAT THE OPTION HAS BEEN

5   RENEWED, THE LEASE IS IN PLACE FOR ANOTHER 10 YEARS,

6   RIGHT?

7        A.   CORRECT.

8        Q.   AND IS THE ANNUAL CPI INCREASE STILL IN

9   PLACE?

10       A.   YES.

11       Q.   WHAT'S THE EASIEST WAY FOR ME TO REFER TO

12   IT.  I WANT TO DO A LITTLE QUESTIONING ON THE

13   INDIVIDUAL SIGNS.  DO YOU WANT ME TO REFER TO IT AS

14   20 BY 60 OR THE WEST FACE?

15       A.   I CAN WORK WITH EITHER ONE.

16       Q.   HOW ABOUT THE 20 BY 60.

17       A.   FINE.

18       Q.   ON THE 20 BY 60, IS ADVERTISEMENT CURRENTLY

19   POSTED ON THERE?

20            MR. MCMONIGLE:  WHAT'S THE RELEVANCE OF

21   THAT QUESTION?

22            MR. MITCHELL:  BECAUSE IF OR WHETHER OR NOT

23   THERE'S ADVERTISING ON A PARTICULAR SIGN MAY BE

24   PERTINENT TO THE VALUE OF A SIGN.

25            MR. MCMONIGLE:  OKAY.  GO AHEAD.

38

TraversoRoughDraft

1           THE WITNESS:  YES, THERE IS.

2           BY MR. MITCHELL:

3      Q.   AND IS THAT ON A MONTHLY OCCUPANCY OR A

4  LONG-TERM OCCUPANCY?

5      A.   IT'S I BELIEVE A TERM OCCUPANCY, BUT I

6  DON'T OFF THE TOP OF MY HEAD KNOW HOW LONG IT IS.

7      Q.   OKAY.  AND WHEN YOU SAY "TERM OCCUPANCY,"

8  DOES THAT MEAN IT COULD BE A MONTH, IT COULD BE A

9  COUPLE OF MONTHS?

10      A.   I WOULD BE THINKING MORE LIKE SIX MONTHS OR

11  A YEAR.  A TERM AS OPPOSED TO JUST A MONTH.

12      Q.   OKAY.  AND WHAT'S THE CURRENT MONTHLY GROSS

13  REVENUE THAT IS GENERATED BY THAT SIGN?

14           MR. MCMONIGLE:  IF YOU KNOW.

15           THE WITNESS:  I THINK IT'S -- I DON'T KNOW

16  OFF THE TOP OF MY HEAD HOW MUCH IT IS.

17           MR. MCMONIGLE:  YOU WANT THE GROSS?

18           MR. MITCHELL:  THE GROSS, YES.

19      Q.   CAN YOU GIVE ME AN ESTIMATE?

20      A.   I THINK IT'S IN THE 50 TO 60,000 RANGE.

21      Q.   AND THEN WHAT WOULD THE NET AD REVENUE

22  GENERATED BY THAT 20 BY 60 SIGN BE TODAY?

23      A.   WELL, IT WOULD DEPEND ON WHAT THE --

24  TYPICALLY THERE'S A 15-PERCENT AGENCY COMMISSION.

25      Q.   OKAY.  DO YOU KNOW WHAT THE COMMISSION IS

                                              39

TraversoRoughDraft

1  .ON THAT?

2      A.  I DON'T KNOW FOR SURE, BUT IT'S EITHER 15

3  OR 16 AND TWO/THIRDS.  THOSE ARE THE TWO NUMBERS THAT

4  THE AGENCIES USUALLY CHARGE.

5      Q.  DO YOU HAVE ANY DOCUMENTS THAT WOULD

6  REFLECT THE MONTHLY AD -- GENERAL AD REVENUE THAT'S

7  BEING GENERATED BY THAT SIGN?

8      A.  YES.

9      Q.  AND WHAT WOULD THOSE BE?

10      A.  THE ADVERTISING CONTRACT.

11      Q.  THE ADVERTISING CONTRACTS, TYPICALLY -- I

12  WANT TO UNDERSTAND, THE ADVERTISING CONTRACTS, THE

13  LIST PRICE, IS THE COMMISSION ALREADY BACKED-OUT OR

14  IS THAT THE GENERAL REVENUE, OR DOES IT VARY

15  DEPENDING ON BROKER TO BROKER?

16          MR. MCMONIGLE:  VAGUE AS TO "COMMISSION."

17          THE WITNESS:  IT IS DONE DIFFERENT WAYS.

18          MR. MITCHELL:  OKAY.

19          THE WITNESS:  THERE'S NO SET, CONCRETE WAY.

20          BY MR. MITCHELL:

21      Q.  OTHER THAN THE ADVERTISING CONTRACTS, ARE

22  THERE ANY OTHER RECORDS WHICH WOULD REFLECT THE

23  GENERAL ADVERTISING REVENUE THAT'S BEING EARNED ON

24  THAT SIGN?

25      A.  I DON'T THINK SO.

                                          40

1      Q.  TAKING YOU BACK A LITTLE BIT, ALMOST A YEAR

2  NOW, DO YOU RECALL WHAT THE GENERAL ADVERTISING

3  REVENUE WAS ON A MONTHLY BASIS FOR MARCH 2007 ON THAT

                    Page 37

TraversoRoughDraft

4   20 BY 60 SIGN?

5            MR. MCMONIGLE:  YOU ARE TALKING AD

6   CONTRACTS, RIGHT?

7            MR. MITCHELL:  AD CONTRACTS.

8            THE WITNESS:  I DON'T RECALL WHAT IT WAS AT

9   THAT TIME.

10           BY MR. MITCHELL:

11       Q.  DO YOU HAVE ANY IDEA WHETHER IT WOULD BE

12   MORE OR LESS THAN WHAT YOU'RE GETTING NOW?

13       A.  WELL, I THINK IT'S PROBABLY SIMILAR.

14       Q.  SO THERE HAVEN'T BEEN ANY SPIKES IN THE

15   MARKET IN THE PAST YEAR?

16       A.  IN THE MARKET?  I WOULDN'T THINK SO, NO.

17       Q.  DO YOU KNOW WHAT THE DAILY EFFECTIVE

18   CIRCULATION NUMBERS CURRENTLY ARE FOR THE 20 BY 60

19   SIGN?

20       A.  I DON'T.

21       Q.  DO YOU HAVE ANY RECORDS THAT WOULD REFLECT

22   THAT?

23       A.  I'M SURE THERE'S SOMETHING.  I CAN

24   CERTAINLY ASCERTAIN IT.

25       Q.  HOW WOULD YOU GO ABOUT ASCERTAINING IT?

41

1        A.  CHECK THE TRAFFIC CIRCULATION AND DO THE

2   ONE AND A THIRD MULTIPLIER.

3        Q.  WHERE DO YOU FIND THE TRAFFIC CIRCULATION

4   NUMBERS?

5        A.  ON THE STATE OF CALIFORNIA WEB SITE.

TraversoRoughDraft

16  DAY.  BUT I REALLY DON'T KNOW OFFHAND WHAT THAT IS.

17      Q.  THE DEC FIGURE, IS IT EXPRESSED IN TERMS

18  LIKE YOU'VE EXPRESSED IT, YOU KNOW, 200,000 OR

19  150,000, OR IS IT EXPRESSED AS 150 OR 200, OR BOTH,

20  OR SOME OTHER WAY?

21      A.  I THINK THE "THOUSAND" IS USUALLY THROWN

22  IN.

23      Q.  BRIEFLY WE'VE TOUCHED UPON THERE WAS AN

24  ARBITRATION CONCERNING THE SIGNS OR FACES AT

25  476 FIFTH STREET.  I ASSUME YOUR ADVERSARY IN THAT

46

1   WAS THE LAND OWNER; IS THAT CORRECT?

2       A.  YES.

3       Q.  DO YOU RECALL WHAT YOU WERE ADVOCATING FOR

4   RENT ON BOTH OF THOSE SIGNS?

5           MR. MCMONIGLE:  WHAT IS THE RELEVANCE OF

6   THAT?

7           MR. MITCHELL:  FAIR MARKET VALUE OF THE

8   PROPERTY IS DIRECTLY AT ISSUE.

9           THE WITNESS:  I DON'T RECALL WE WERE

10  ARGUING THAT.  WHAT DID YOU SAY?  WHAT WERE YOU

11  ASKING ME?

12          BY MR. MITCHELL:

13      Q.  I WAS ASKING THE RENT -- AS I UNDERSTOOD

14  IT, ONE OF THE ISSUES IN THE CASE WAS WHAT WAS THE

15  RENTING GO TO BE GOING FORWARD AT THIS NEW -- ONCE

16  THE OPTION WAS RENEWED; IS THAT FAIR?

17      A.  THAT'S SOMEWHAT CORRECT.  IT'S IN THE

18  BALLPARK OF CORRECTNESS.

Page 43

TraversoRoughDraft

21  FOR, I DO, YES.

22      Q.  OKAY.  AND WHAT QUALIFICATIONS DO YOU

23  BELIEVE MAKE YOU AN EXPERT IN THAT CAPACITY?

24      A.  I KNOW WHAT THE MARKET IS FAIRLY WELL.  I

25  KNOW IT -- THERE'S NOT VERY MANY PEOPLE WHO KNOW IT

73

1  BETTER THAN I DO, EXCEPT FOR THE TWO BIG COMPANIES.

2  I THINK THEY KNOW MORE THAN I DO ABOUT IT.  BUT PAST

3  THEM, THERE'S FEW -- LIKE MYSELF, THERE'S HALF A

4  DOZEN PEOPLE IN THE AREA THAT KNOW THE SAME THINGS

5  THAT I KNOW, AND TO EVERYBODY AFTER THAT, I'M AN

6  EXPERT.

7      Q.  ALONG THE SKYWAY ARE YOU AWARE OF ANY SIGNS

8  THAT ARE RENTING FOR $30,000 A MONTH?

9      A.  AM I AWARE OF ANY SIGNS THAT ARE RENTING

10  FOR $30,000 A MONTH?

11      Q.  YES.

12      A.  YES.

13      Q.  WHICH SIGN OR SIGNS?

14      A.  THERE'S PROBABLY 10 OR 15 OF THEM.  THERE

15  ARE SIGNS WEST OF US ON THE SAME SIDE OF THE HIGHWAY.

16  THERE ARE SIGNS ON THE OTHER SIDE OF THE HIGHWAY I

17  THINK THAT -- SOME OF THOSE ARE RENTING FOR 50 AND

18  60,000 A MONTH.  30 IS ALMOST LIKE THE ENTRY LEVEL

19  TRIES OUT IN THAT AREA.

20      Q.  ONE THING I WANT TO BE CAREFUL WITH.  MAYBE

21  I SHOULD PUT IT THIS WAY:  ARE YOU AWARE OF ANY

22  SINGLE FACES THAT ARE RENTING FOR $30,000 PER MONTH?

TraversoRoughDraft

23     A.   YES.  OR MORE.

24     Q.   OR MORE.  OKAY.

25          AND --

74

1      A.   THAT'S THE ENTRY PRICE.

2      Q.   AND HOW MANY?

3      A.   I WOULD SAY THERE'S AT LEAST A DOZEN OUT

4  THERE THAT ARE DOING THAT.

5      Q.   CAN YOU GIVE ME A SPECIFIC EITHER SIGN

6  PANEL NUMBERS OR ADDRESS LOCATIONS FOR ANY OF THOSE?

7      A.   WELL, THERE ARE SIGNS ON THE SKYWAY WEST OF

8  WHERE WE ARE.  THERE'S ABOUT A DOZEN, I WOULD SAY,

9  FROM THAT PRICE POINT UP.

10     Q.   ONE CLARIFICATION I WANT TO MAKE.  YOU SAID

11  "WEST OF WHERE WE ARE."  ARE YOU TALKING ABOUT 650

12  BRYANT?

13     A.   CORRECT.  AND EAST OF WHERE WE ARE, ALSO.

14  THEY ARE UP TO $70,000, $80,000 A MONTH, WHEN YOU GET

15  UP TO THE ONES COMING OFF THE BRIDGE AND SO FORTH.

16     Q.   DO YOU KNOW WHO -- WELL, DOES CLEAR CHANNEL

17  OWN ANY OF THOSE SIGNS?

18     A.   THEY OWN THE MAJORITY OF THEM.

19     Q.   DO YOU KNOW THE DIMENSIONS OF ANY OF THOSE

20  SIGNS?

21     A.   WELL, THESE DAYS IT'S NOT THAT DIFFICULT.

22  THEY HAVE THE DIMENSIONS ON A LITTLE PLAQUE ON THE

23  SIDES.  THEY ARE LIKE 30 BY 50, 20 BY 60.  THERE ARE

24  SOME I THINK THAT ARE OVER A HUNDRED FEET LONG THAT

25  ARE 30 BY A HUNDRED OR 30 BY 80.  THERE'S 25 BY 65.

TraversoRoughDraft

1    THERE'S A LOT OF DIFFERENT BIG SIGNS OUT THERE.

2    ALMOST ALL OF THEM ARE PULLING -- LIKE I SAY, I MEAN,

3    THE BASIC ENTRY LEVEL PRICE FOR A SKYWAY SIGN OR ANY

4    FREEWAY SIGN IN THE BAY AREA PRACTICALLY IS $30,000.

5    THAT IS LIKE THE START PRICE.

6        Q.  $30,000 PER MONTH?

7        A.  $30,000 PER MONTH.  THEY RENT FOR LESS.

8    IT'S NOT LIKE THEY ARE ALL RENTED FOR 30.  BUT THAT'S

9    THE PRICE.  IF YOU GO OUT TO A MARKET AND YOU WANT TO

10   INQUIRE ABOUT BILLBOARDS ON THE 101 OR THE EAST SHORE

11   FREEWAY, 80 GOING OUT THROUGH OAKLAND, THROUGH

12   EMERYVILLE AND ALL THAT, ALL THAT STUFF IS BASICALLY

13   30 IS WHERE IT MORE OR LESS STARTS AND THEN THEY GO

14   UP FROM THERE.

15       Q.  I WANT TO MAKE THE RECORD CLEAR.  I THINK I

16   KNOW WHAT YOUR ANSWER IS BUT I WANT TO ASK THE SAME

17   LINE OF QUESTIONS JUST A LITTLE BIT DIFFERENTLY.

18        ARE YOU AWARE OF ANY 20 BY 60 SIGN ON THE

19   SKYWAY THAT IS BEING RENTED FOR 30,000 A MONTH?

20       A.  I THINK MOST OF THEM ARE RENTING FOR MORE

21   THAN 30,000 A MONTH.  I DON'T THINK THERE'S ANY AT

22   30.  I WOULD BE SURPRISED IF THERE ARE ANY AT 30.  I

23   THINK THEY ARE MOSTLY 40, 50, 60.  I THINK THAT'S

24   PRETTY MUCH IT.

25       Q.  AND HOW DO YOU KNOW THIS?

TraversoRoughDraft

1      A.   JUST BEING AROUND.

2      Q.   SO HAVE YOU SEEN LEASES TO THAT EFFECT?

3      A.   MOSTLY IT'S VERBAL.  YOU DON'T REALLY --

4   THAT PAPERWORK IS CLOSELY GUARDED, I GUESS YOU'D SAY.

5   NOBODY WANTS TO HAND OUT THEIR ADVERTISING CONTRACTS

6   AT ALL.  I MEAN, NOBODY WANTS TO DO THAT.  SO YOU

7   DON'T SEE THE PAPERWORK.  BUT YOU KNOW EVERYBODY AND

8   YOU SOCIALIZE.  "OH, YEAH, WE GOT 60,000 FOR THAT.

9   80,000 FOR THAT."  YOU HEAR NUMBERS TALKING TO

10  PEOPLE.

11     Q.   WE ARE TALKING RENT, THOUGH, NOT REVENUE,

12  CORRECT?

13     A.   I AM TALKING REVENUE.  ISN'T THAT WHAT YOU

14  ASKED ME?

15     Q.   I WAS GOING DOWN -- I WAS ASKING RENT.  I

16  WAS ASKING IF YOU KNEW ANY SIGNS ALONG THE SKYWAY

17  THAT WERE BEING RENTED FOR 30,000 A MONTH?

18     A.   BY THE BILLBOARD COMPANY OR -- WHO IS

19  PAYING?  WHO ARE WE TALKING ABOUT PAYING?

20     Q.   I APOLOGIZE IF MY QUESTIONS WEREN'T CLEAR.

21          WHAT I WANT TO GET TO IS WHETHER THERE ARE

22  -- I'M NOT INTERESTED IN REVENUES ON THE SIGN, WHAT A

23  BROKER OR WHAT A CLIENT IS PAYING TO THE BILLBOARD

24  COMPANY TO PUT ITS ADVERTISEMENT UP FOR A PARTICULAR

25  SPACE.

                                                  77

1         THE WITNESS:  EVERYTHING I TOLD YOU WAS
                    Page 71

TraversoRoughDraft

2  TALKING ABOUT THAT. I THOUGHT THAT'S WHAT YOU ASKED

3  ME.

4       MR. MCMONIGLE:  I THINK THE WORD THAT MIGHT

5  BE CONFUSING IS "REVENUES" BECAUSE WE HAD PREVIOUSLY

6  TALKED ABOUT ADVERTISING CONTRACTS.

7       MR. MITCHELL:  YES.  I DIDN'T THINK I WAS

8  USING THE TERM REVENUE.  MAYBE I WAS.  I PROBABLY --

9  I AM NOT PUTTING THE QUESTIONS THAT ARTFULLY PROBABLY

10  SO I'LL TRY TO DO IT A LITTLE BETTER.

11       Q.  I AM TRYING TO GET TO YOUR KNOWLEDGE OF ANY

12  SIGNS THAT ARE BEING RENTED BY AN OWNER OF PROPERTY

13  TO A BILLBOARD COMPANY OR SOMEONE ELSE AT OR GREATER

14  THAN $30,000 A MONTH ALONG THE SKYWAY.

15       A.  I BELIEVE THERE'S A COUPLE.  I DON'T KNOW

16  FOR SURE.

17       Q.  WHICH COUPLE DO YOU BELIEVE MIGHT BE AT

18  THAT THRESHOLD?

19       A.  THERE MIGHT BE -- I THINK THERE'S A COUPLE

20  OF SIGNS AT SEVENTH AND HARRISON STREET.  THERE'S

21  SIGNS AT LIKE HARRISON AND MAYBE FOURTH.  PRETTY MUCH

22  ACROSS THE STREET FROM OUR SUBJECT PROPERTY.  I THINK

23  THOSE ARE -- THERE ARE A COUPLE OF THOSE THAT ARE

24  PRETTY HIGH LEASES.  BUT I DON'T KNOW THE EXACT

25  SPECIFICS.

78

1       I MEAN, I WAS TOLD BECAUSE I WAS GOING TO

2  LEASE ONE OF THEM, BUT I JUST CAN'T REMEMBER WHAT IT

3  WAS.  BUT I DO REMEMBER THAT THEY HAD GOTTEN A VERY

Page 72

TraversoRoughDraft

22          DO YOU HAVE ANYTHING FURTHER TO ADD TO

23    THAT?  WHAT ARE BILLBOARD COMPANIES PAYING?

24          A.  WELL, THE FLIP ANSWER IS, AS LITTLE AS

25    POSSIBLE.

86

1          Q.  OKAY.

2          A.  IN REALITY, I THINK ON SOME OF THEM, IT'S

3    LIKE I WAS MENTIONING EARLIER, IT GOES UP TO 70, 80

4    PERCENT ON SOME OF THEM.  THEY LOVE TO HAVE IT COME

5    IN AT 10 PERCENT, IF THEY CAN.  SOMETIMES THEY DO.

6    SOMETIMES FIVE PERCENT, THREE PERCENT.  IT JUST

7    DEPENDS ON THE KNOWLEDGE OF THE OTHER SIDE.

8          Q.  ALONG THE SKYWAY ARE YOU AWARE OF ANY SIGNS

9    IN WHICH A BILLBOARD COMPANY IS PAYING 70 PERCENT OF

10    ITS REVENUE IN RENT?

11          A.  THE ONES THAT I DESCRIBED EARLIER AROUND

12    SEVENTH AND HARRISON AND AGAIN AROUND FOURTH AND

13    HARRISON.

14          Q.  DO YOU KNOW THE PANEL NUMBERS FOR ANY OF

15    THOSE LOCATIONS?

16          A.  NO.

17          Q.  DO YOU KNOW THE DIMENSIONS OF ANY OF THE

18    FACES AT THOSE LOCATIONS?

19          A.  THERE'S A COUPLE OF 20 BY 60S.  THERE'S A

20    COUPLE THAT ARE LARGER.  THEY ARE MORE LIKE 30 BY 60,

21    MAYBE.  THEY ARE NOT AS CLOSE TO THE ROAD.  THEY KIND

22    OF SIT BACK A LITTLE BIT BUT THEY ARE BIGGER SO IT

23    SORT OF OFFSETS IT.

Page 80

TraversoRoughDraft

24     Q.   DO YOU KNOW WHO OPERATES ANY OF THOSE SIGNS

25   AT SEVENTH AND HARRISON OR FOURTH AND HARRISON?

87

1      A.   I THINK CLEAR CHANNEL OPERATES THE SEVENTH

2   AND HARRISON.   AND CBS OPERATES THE FOURTH AND

3   HARRISON.

4      Q.   I AM GOING TO TRY TO DRILL INTO THIS A

5   LITTLE FURTHER.   SEVENTH AND HARRISON, IS THERE JUST

6   ONE FACE THERE OR TWO FACES?

7      A.   TWO FACES.

8      Q.   THOSE TWO FACES YOU THINK ARE IN THE

9   20 BY 60?

10      A.   NO.   THOSE ARE PROBABLY MORE LIKE 30 BY 60

11   OR 30 BY 80, SOMETHING LIKE THAT.   THEY ARE

12   OVERSIZED.   THEY ARE BIGGER.

13      Q.   AND THEN ON THE FOURTH AND HARRISON

14   LOCATION?

15      A.   20 BY 60.

16      Q.   AND HOW MANY FACES?

17      A.   TWO.

18      Q.   AND DO YOU HAVE ANY WRITTEN RECORDS

19   REFLECTING THE RENT THAT'S BEING PAID AT EITHER THE

20   SEVENTH AND HARRISON LOCATION OR THE FOURTH AND

21   HARRISON LOCATION?

22      A.   NO, I DON'T.

23      Q.   HOW DO YOU KNOW WHAT'S BEING PAID AT THOSE

24   LOCATIONS?

25      A.   WELL, I USED TO OPERATE THE SEVENTH AND

TraversoRoughDraft

```
1          2:48 P.M. UNTIL 3:08 P.M.)
2          MR. MITCHELL:  WE'LL MARK THIS AS
3  EXHIBIT 1.
4          (WHEREUPON, EXHIBIT 1 WAS MARKED FOR
5          IDENTIFICATION.)
6          BY MR. MITCHELL:
7     Q.  MR. TRAVERSO, CAN YOU TELL ME WHAT THIS
8  DOCUMENT IS?
9     A.  IT'S A REDACTED PAGE OF OUR INVENTORY.
10    Q.  AND WHAT WAS REDACTED?
11    A.  DATA AS TO WHAT SIGNS WE OWN AND WHERE THEY
12  ARE AND HOW MUCH THEY COST.
13    Q.  WERE THERE ANY SIGN LOCATIONS IN
14  SAN FRANCISCO THAT WERE REDACTED?
15    A.  YES.
16    Q.  AND WHICH SIGNS?
17    A.  WELL, IF THEY WERE REDACTED --
18         MR. MCMONIGLE:  I MEAN, I DON'T BELIEVE YOU
19  HAVE TO PROVIDE THE ENTIRE SAN FRANCISCO INVENTORY.
20         THE WITNESS:  OKAY.
21         MR. MCMONIGLE:  THAT'S NOT GOING TO LEAD TO
22  THE DISCOVERY OF ADMISSIBLE EVIDENCE.
23         THE WITNESS:  I'M NOT GOING TO ANSWER
24  QUESTIONS ON THAT.
25
```

102

TraversoRoughDraft

1   .        BY MR. MITCHELL:

2       Q.  ARE THERE ANY SIGNS ALONG THE SKYWAY -- IS

3   THERE ANY INFORMATION FOR SIGNS ALONG THE SKYWAY THAT

4   WERE REDACTED?

5       A.  NO.

6       Q.  THERE'S IT LOOKS LIKE MULTIPLE COLUMNS HERE

7   OF INFORMATION.  I'M GOING TO TRY TO GET A HANDLE ON

8   SOME OF THE ENTRIES.  STARTING WITH THE FIRST ENTRY

9   ON THE LEFT-HAND SIDE, 7037 W, WHAT DOES THAT

10  SIGNIFY?

11      A.  THAT IS THE PANEL NUMBER FOR THE

12  WEST-FACING SIGN.  THE "W" INDICATES WEST.

13      Q.  AND MOVING ALONG TO THE RIGHT, IS THIS THE

14  476 FIFTH STREET LOCATION?

15      A.  CORRECT.

16      Q.  AND THAT'S THE BAY BRIDGE, WEST

17  FIFTH STREET ENTRY THAT IS IDENTIFIED IN EXHIBIT 1?

18      A.  YES.

19      Q.  THE NEXT COLUMN, THE REFERENCE TO "ILLUM."

20          I ASSUME THAT'S SHORT FOR ILLUMINATION?

21      A.  YES.

22      Q.  THE NEXT COLUMN THERE IS AN ENTRY FOR

23  158,375.

24          WHAT IS THAT ENTRY FOR?

25      A.  DEC.

103

1       Q.  THE NEXT ENTRY, MOVING ALONG TO THE RIGHT

2   IS 20 BY 60?

3       A.  YES.

TraversoRoughDraft

    4       Q.  IS THAT THE DIMENSION OF THAT SIGN?

    5       A.  YES.

    6       Q.  THE NEXT COLUMN IS BLANK.  I DON'T KNOW IF

    7   THAT IS INTENTIONAL OR IF INFORMATION WAS REDACTED

    8   THERE.

    9       A.  I DON'T KNOW.  I HAVEN'T LOOKED AT THIS

   10   STUFF FOR A WHILE.  I DON'T KNOW THE ANSWER TO THAT.

   11       Q.  IS THERE A WAY YOU COULD FIGURE THAT OUT?

   12       A.  I THINK IT'S JUST A BLANK COLUMN, TO TELL

   13   YOU THE TRUTH.

   14       Q.  OKAY.  COULD YOU VERIFY THAT BY GOING BACK

   15   TO THE PROGRAM ITSELF?

   16       A.  SURE.

   17       Q.  THE NEXT COLUMN THERE'S AN ENTRY FOR

   18   $55,000.

   19           WHAT DOES THAT REPRESENT?

   20       A.  I THINK THAT WOULD BE THE PRICE TO RENT THE

   21   SIGN.

   22       Q.  AND WHEN WAS THIS DOCUMENT PREPARED?

   23       A.  3/12/07.

   24       Q.  AND I THINK I SAW YOU LOOK INTO THE ENTRY

   25   ON THE BOTTOM PORTION OF THE PAGE THERE; IS THAT

                                                    104

    1   RIGHT?

    2       A.  YES.

    3       Q.  IS THAT -- WHAT DOES THAT ENTRY SIGNIFY?

    4       A.  THE TIME THE INVENTORY WAS PREPARED.

    5       Q.  NOW, IF YOU WERE TO LOOK AT THIS

                         Page 96

TraversoRoughDraft

6   SPREADSHEET TODAY, ARE THERE ANY DIFFERENCES IN THE

7   ENTRIES?

8       A.   PROBABLY NOT.

9       Q.   NOW, THE NEXT ROW OF INFORMATION WE'LL

10  PROBABLY GO THROUGH IT A LITTLE BIT MORE QUICKLY.

11  THE FIRST COLUMN ENTRY IN THE NEXT ROW IS FOR

12  7038 EAST.  I TAKE IT THAT IS THE PANEL SIGN NUMBER

13  ALONG WITH "E" REPRESENTING THAT IT IS EASTWARD

14  FACING?

15      A.   YES.

16      Q.   THEN WE HAVE THE SIGN ILLUMINATION.  THEN

17  THE DEC NUMBER AGAIN.  AND THEN THE DIMENSIONS ON

18  THAT ONE OR 20 BY 50?

19      A.   YES.

20      Q.   THEN WE HAVE THE PRICE TO RENT THE SIGN AT

21  $50,000; IS THAT CORRECT?

22      A.   CORRECT.

23      Q.   THAT COLUMN, THE PRICE TO RENT THE SIGN, IS

24  THAT -- DOES THAT REPRESENT WHAT YOU ARE ACTUALLY

25  GETTING ON THE SIGN IN TERMS OF REVENUE OR IS THAT

105

1   TARGET -- I GUESS I'M TRYING TO UNDERSTAND A LITTLE

2   BIT MORE AS TO WHAT EXACTLY THAT NUMBER SIGNIFIES.

3       A.   OKAY.

4       Q.   SO DOES THAT MEAN -- FOR EXAMPLE, 55,000 IS

5   ENTERED THERE.  SO DOES THAT MEAN THAT YOU WERE

6   GETTING 55,000 FOR THAT SIGN AS OF MARCH 12, 2007?

7       A.   NO.

8       Q.   WHAT DOES IT MEAN?

TraversoRoughDraft

9       A.   THAT'S THE ASKING PRICE.

10       Q.   THAT'S THE ASKING PRICE.   OKAY.

11       Q.   AS OF MARCH 12, 2007 DO YOU KNOW IF YOU

12   WERE GETTING THE ASKING PRICE FOR PANEL 7037 WEST?

13       A.   I DON'T KNOW.

14       Q.   AND FOR PANEL 7038 E, THE ASKING PRICE WAS

15   50,000 AS OF MARCH 12, 2007, RIGHT?

16       A.   YES.

17       Q.   I TAKE IT THAT YOU DON'T KNOW WHETHER YOU

18   WERE GETTING THAT PRICE AS OF THAT TIME, EITHER?

19       A.   I DON'T KNOW.

20       Q.   AND YOU THINK AS OF TODAY'S DATE THE ASKING

21   PRICE ON THOSE TWO SIGNS IS THE SAME?

22       A.   I DO.   I THINK IT IS, YES.

23       Q.   AND DO YOU THINK BETWEEN MARCH 12, 2007 AND

24   TODAY THOSE NUMBERS WOULD HAVE REMAINED THE SAME OVER

25   THE COURSE OF THAT YEAR'S PERIOD OR APPROXIMATELY A

106

1   YEAR?

2       A.   I WOULD SAY YES.

3       Q.   OKAY.   YOU KNOW, DO YOU HAVE ANY REASON TO

4   THINK THEY WOULDN'T BE THE SAME?

5       A.   NO.

6       Q.   ON EXHIBIT 1 THERE ARE -- IT LOOKS LIKE ON

7   THE RIGHT-HAND SIDE OF THE PAGE THERE'S SOME

8   ADDITIONAL COLUMNS.   WHAT I'M TRYING TO DETERMINE IS

9   WHETHER ANY INFORMATION WAS REDACTED ON THOSE COLUMNS

10   AS IT RELATES TO SIGNS 7037 W AND 7038 E.

Page 98

TraversoRoughDraft

11    DO YOU KNOW WHETHER ANY INFORMATION WAS

12  REDACTED?

13    A.  NO, I DON'T.

14    Q.  ON THIS TYPE OF MASTER INVENTORY DOCUMENT

15  ARE THERE ADDITIONAL ENTRIES THAT YOU WOULD TYPICALLY

16  SEE?

17    A.  YES.

18    Q.  WHAT WOULD THOSE ENTRIES INCLUDE?

19    A.  PROBABLY INFORMATION ABOUT THE ACTUAL

20  ADVERTISER, I WOULD ASSUME, OR THE MONTHS THAT IT WAS

21  -- WHAT MONTHS IT WAS SOLD.

22    Q.  DO YOU KNOW IF YOU'VE LOOKED TO SEE WHETHER

23  ANY OF THOSE ENTRIES WERE ENTERED FOR EITHER OF THESE

24  SIGNS FOR THE PAST YEAR?

25    A.  I DIDN'T.

107

1    Q.  IS THERE A WAY FOR YOU TO DETERMINE THAT?

2    A.  YES.

3    Q.  OKAY.  YOU WOULD GO BACK TO THE PROGRAM, I

4  TAKE IT, AND PULL UP THE INFORMATION?

5    A.  THAT'S IT.

6    Q.  WHAT THIS MASTER INVENTORY LIST ALSO

7  INCLUDE INFORMATION ON ANY PERTINENT LEASES?

8    A.  ON WHAT, NOW?

9    Q.  ON ANY LEASES THAT MAY APPLY TO THOSE

10  SIGNS?

11    A.  WELL, NOT DIRECTLY, I DON'T THINK.

12    Q.  BY WAY OF EXAMPLE, WHAT I WAS REALLY

13  CURIOUS ABOUT WAS WHETHER IT INCLUDED THE RENTAL RATE

Page 99

TraversoRoughDraft

14  THAT YOU'RE PAYING TO THE PROPERTY OWNER?

15       A.  I DON'T THINK THAT SHOWS UP ON THIS FORM.

16  THIS IS CIRCULATED TO THE SALESPEOPLE.

17       Q.  OKAY.  AND SO AM I CORRECT IN UNDERSTANDING

18  THAT YOU COULD GENERATE THIS SAME INFORMATION FOR ANY

19  MONTH FROM MARCH 2007 TO TODAY?

20       A.  YES.

21       Q.  LET ME ASK YOU THIS:  IN YOUR EXPERIENCE AS

22  A SIGN OWNER HOW OFTEN DO YOU GET YOUR ASKING PRICE?

23       A.  I THINK NOW WE ARE EXCEEDING IT, SO WE DO

24  GET IT.

25       Q.  HOW DO YOU DETERMINE WHAT YOU'RE ASKING

108

 1  PRICE IS GOING TO BE?

 2       A.  WELL, IT'S JUST YOUR SENSE OF THE MARKET.

 3  IF YOU CAN SELL IT FOR THAT PRICE.  THEN WHEN IT GOES

 4  THROUGH BROKERS THEY OFTENTIMES PUT THEIR OWN LITTLE

 5  SPIN ON IT.  IF THEY CAN PUSH THE PRICE UP HIGHER AND

 6  MAKE A LITTLE MORE MONEY, THEY ARE NOT ABOVE DOING

 7  THAT.  WE LIKE IT.  THAT IS PROBABLY WHY SOME OF

 8  THESE HAVE CONTRACTS THAT ARE MORE THAN THESE

 9  NUMBERS.  BROKERS ARE DOING THEIR JOB.

10       Q.  TODAY -- FORGIVE ME IF I'VE ALREADY ASKED

11  THIS -- BUT TODAY YOU THINK YOU'RE GETTING ABOVE THE

12  ASKING PRICE FOR THESE TWO FACES?

13       A.  I THINK SO, YES.

14            MR. MITCHELL:  LET'S MARK THIS EXHIBIT 2.

15            (WHEREUPON, EXHIBIT 2 WAS MARKED FOR

TraversoRoughDraft

16          IDENTIFICATION.)

17          Q.   WHAT IS THIS DOCUMENT, AFTER YOU'VE HAD A

18    CHANCE TO TAKE A LOOK AT IT?

19          A.   THIS IS DISTRIBUTED -- BECAUSE THE SIGNS

20    THAT ARE AVAILABLE CHANGE FROM TIME TO TIME, SOME GET

21    SOLD AND NEW SIGNS COME ON THE MARKET, SO OUR OFFICE

22    KICKS OUT THIS TO THE VARIOUS BROKERS SO THEY HAVE --

23    I THINK IT'S DONE ON A WEEKLY BASIS, ANY CHANGES THAT

24    OCCURRED IN THE LAST WEEK.  IF SOMETHING GOT RENTED

25    FOR SIX MONTHS OR ONE MORE OR WHATEVER, THEN IT WOULD

                                                    109

1    REFLECT ON THIS DOCUMENT.

2          Q.  SO IS THIS -- I WANT TO GET THE RIGHT TERM.

3    IS IT A RATE SHEET OR IS THERE MORE TO IT?

4          A.   IT'S A RATE SHEET.  YES, THAT IS WHAT IT

5    IS.  IT IS A RATE AND AVAILABILITY SHEET.

6          Q.   OKAY.  SO IF WE LOOK AT PAGE 2 OF

7    EXHIBIT 427, I THINK THOSE ARE THE TWO FACES AT

8    476 FIFTH, CORRECT?

9          A.   CORRECT.

10          Q.   WE SEE FOR 7037 W THE NUMBER 55,000, AND

11    FOR 7038 E WE SEE 50,000 REFLECTED, AND THAT REFLECTS

12    YOUR ASKING PRICE FOR THOSE SPACES, CORRECT?

13          A.   CORRECT.

14          Q.   I DIDN'T SEE ANYTHING ON THIS DOCUMENT IN

15    TERMS OF AVAILABILITY AS TO THOSE SIGNS.

16          DO YOU KNOW IF THAT WAS THERE.

17          A.   I'M NOT SURE OF THAT.  I'M NOT SURE HOW

18    THAT'S HANDLED.  YOU WOULD THINK IT WOULD BE.  IF NOT

TraversoRoughDraft

19  THERE, IT'S SOMEPLACE.

20      Q.  NOW, LIKE THE MASTER INVENTORY LIST, IS

21  THIS SOMETHING THAT YOU COULD GENERATING GO ALL THE

22  WAY BACK TO MARCH 2007?

23      A.  THE DOCUMENTS HAVE BEEN CHANGING A LITTLE

24  BIT AS TIME GOES ON.  THE WAY I HAD IT FORMATTED A

25  FEW YEARS AGO, THERE'S BEEN MORE THAN ONE PERSON

                                        110

1   HELPING AND YOU JUST SO UP ONE DAY AND IT'S

2   DIFFERENT.  AFTER YOU CUT THEIR HEADS OFF AND TRY TO

3   MAKE IT ALL GO BACK THE WAY IT WAS -- NO, YOU CAN'T

4   DO THAT.  YOU JUST LET THEM DO WHAT THEY WANT TO DO.

5   THIS IS THE FORMAT THAT'S BEING USED NOW.  THEY LIKE

6   IT SO IT'S OKAY WITH ME.

7       Q.  BUT WHETHER IT WAS IN THIS FORMAT OR

8   ANOTHER FORMAT, YOU HAD A RATE AND AVAILABILITY SHEET

9   THAT WAS BEING GENERATED AS OF MARCH '07 ALSO,

10  CORRECT?

11      A.  I WAS DOING A LOT OF IT VERBALLY BACK...

12  NOW IT'S A LITTLE MORE SYSTEMATIC.  THERE'S A WEEKLY

13  UPDATING GO OUT.

14          MR. MITCHELL:  EXHIBIT 3, I BELIEVE.

15          (WHEREUPON, EXHIBIT 3 WAS MARKED FOR

16          IDENTIFICATION.)

17          BY MR. MITCHELL:

18      Q.  AFTER YOU'VE HAD A MINUTE TO TAKE A LOOK AT

19  THAT DOCUMENT, CAN YOU TELL ME WHAT IT IS?

20      A.  IT'S AN OUT OF HOME MEDIA DISPLAY CONTRACT.

TraversoRoughDraft

21    Q.   NOT QUITE HALFWAY DOWN THE PAGE THERE'S A

22  REFERENCE TO UNIT NUMBER 7037 W.  AGAIN, I GUESS

23  THAT'S THE -- CORRECT ME IF I'M WRONG, BUT THAT'S THE

24  WEST FACE AT 476 FIFTH STREET, CORRECT?

25    A.   YES.

111

1     Q.   OKAY.  THIS LOOKS TO BE A CONTRACT FOR

2   ADVERTISING.

3          WHO IS OUT OF HOME MEDIA OR IS THERE AN OUT

4   OF HOME MEDIA?

5     A.   OUT OF HOME MEDIA DISPLAY CONTRACT IS JUST

6   WHAT THIS DOCUMENT IS.

7     Q.   SO THE CONTRACTING PARTY, IS IT POSTERSCOPE

8   USA AND SEALROCK?

9     A.   CORRECT.

10    Q.   SO WHO WOULD BE THE -- I GUESS IS

11  POSTERSCOPE A BROKER?

12    A.   YES.  POSTERSCOPE IS --

13    Q.   A BROKER?  I'M SORRY.

14    A.   NO.  THEY ARE AN ADVERTISING -- I DON'T

15  KNOW EXACTLY WHAT THEY ARE, BUT EITHER THEY ARE AN

16  ADVERTISING AGENCY OR THEY ARE A COMPANY THAT IS

17  HANDLING THE PLACING OF ADVERTISING FOR ING DIRECT,

18  WHICH IS A BANK.

19    Q.   AND WHO IS SEALROCK?

20    A.   THAT'S A BROKER.

21    Q.   IF WE LOOK AT THE TERMS THAT ARE

22  REPRESENTED ON THIS DOCUMENT, AM I READING THIS

23  CORRECTLY THAT THERE IS A TERM THAT RUNS FROM

Page 103

TraversoRoughDraft

24    FEBRUARY 1, '07 THROUGH FEBRUARY 28, '07, AND THEN A

25    SECOND TERM THAT RUNS THROUGH -- THAT STARTS ON

112

1    APRIL 1, '07 AND RUNS THROUGH JUNE 30, 2007?

2        A.   CORRECT.

3        Q.   THERE IS A COLUMN THAT REFLECTS GROSS

4    MONTHLY COST.  IT'S THE SECOND COLUMN FROM THE

5    RIGHT-HAND SIDE.

6            DO YOU SEE THAT?

7        A.   I DO.

8        Q.   THERE IS A FIGURE THERE THAT SAYS 35,000.

9            WHAT DOES THAT REPRESENT?

10       A.   THAT'S THE AMOUNT OF RENT THAT -- IT'S JUST

11   WHAT IT SAYS.  IT'S THE GROSS MONTHLY COST OR GROSS

12   MONTHLY RENT.

13       Q.   AND SO AS THE SIGN OPERATOR, DO YOU SEE

14   $35,000 FOR THIS CONTRACT OR IS A COMMISSION TAKEN

15   OFF OF THAT?

16       A.   SEALROCK'S COMMISSION WOULD BE TAKEN OUT OF

17   THAT.

18       Q.   OKAY.  SO SEALROCK'S COMMISSION, I DON'T

19   KNOW IF IT'S INDICATED HERE.  IT MAY BE IN VERY, VERY

20   FINE PRINT SOMEWHERE.

21           SO WHATEVER YOU GET WOULD BE 35,000 LESS

22   THEIR COMMISSION PERCENTAGE, CORRECT?

23       A.   WELL, IT'S EITHER THAT -- I DON'T KNOW IF

24   THIS WAS A NET CONTRACT FROM POSTERSCOPE OR NOT.  IT

25   SAYS "GROSS MONTHLY COST."  WHETHER THEY MARK IT UP

Page 104

TraversoRoughDraft

113

```
 1  TO THE ADVERTISER ABOVE THAT OR THEIR COMMISSION WAS
 2  TAKEN FROM THIS, I DON'T KNOW.
 3       Q.  HOW DO WE FIGURE THAT OUT?
 4       A.  WELL, I CAN FIND OUT.
 5       Q.  OKAY.  WHAT WOULD YOU LOOK FOR?
 6       A.  I WOULD GO TO OUR -- YOU KNOW, OUR
 7  RECEIPTS.
 8       Q.  SO IN OTHER WORDS, IT'S EITHER THAT YOU'RE
 9  GETTING $35,000 AND THE COMMISSIONS -- THE BROKER'S
10  COMMISSION HAS ALREADY BEEN DEDUCTED, SO YOU GET
11  35,000, YOU GET TO KEEP THAT, OR ELSE IT'S THAT YOU
12  GET 35,000, LESS THE COMMISSION, WHATEVER THAT MAY
13  END UP BEING?
14       A.  RIGHT.
15           MR. MCMONIGLE:  WELL, IT MISCHARACTERIZES
16  PRIOR TESTIMONY.  IT IS VAGUE AS TO THE USE OF THE
17  TERM "BROKER'S COMMISSION."
18           BY MR. MITCHELL:
19       Q.  WELL, I GUESS I'LL TRY TO GET SOME
20  CLARIFICATION THERE. AM I USING THE WRONG TERM WHEN I
21  REFER TO THAT AS A "BROKER'S COMMISSION,"
22  MR. TRAVERSO?
23       A.  SAY THAT AGAIN.
24       Q.  WHAT THE BROKER EARNS FOR SELLING THE
25  LOCATION, IS THAT A COMMISSION?
```

114

TraversoRoughDraft

1       A.   YES.

2            MR. MCMONIGLE:   I THINK THE TERM IS --

3   MAYBE I'M CONFUSED, BUT I THOUGHT THE AGENT FEE IS

4   HOW YOU WOULD CHARACTERIZE THAT.

5            THE WITNESS:  OKAY.  YES.

6            MR. MCMONIGLE:  IT MAY OR MAY NOT BE A

7   BROKER'S FEE.

8            BY MR. MITCHELL:

9       Q.   SO I GUESS I'LL TRY IT AGAIN.  WELL, IS IT

10  FAIR TO CALL WHAT THE BROKER EARNS FOR SELLING THE

11  LOCATION IS COMMISSION?

12           MR. MCMONIGLE:  WHO ARE YOU REFERRING TO AS

13  THE BROKER ON EXHIBIT 3?

14           MR. MITCHELL:  SEALROCK.  WE ALREADY

15  ESTABLISHED THAT.

16           MR. MCMONIGLE:  OKAY.

17           THE WITNESS:  IS IT FAIR TO TERM IT A

18  COMMISSION?

19           MR. MITCHELL:  YES.

20           THE WITNESS:  YES.

21           BY MR. MITCHELL:

22      Q.   IS IT ALSO FAIR TO CALL IT AN AGENT'S FEE?

23      A.   YES.

24      Q.   SO BACK TO WHERE I STARTED, WHICH WAS I AM

25  JUST TRYING TO UNDERSTAND, IT'S EITHER WHAT TRAVERSO

                                              115

1  OR ADCO TAKES HOME IS EITHER 35,000, OR 35,000 LESS

TraversoRoughDraft

2  THE AGENT'S/BROKER'S COMMISSION?

3      A.  CORRECT.

4      Q.  MR. TRAVERSO, DOES THIS REFRESH YOUR

5  RECOLLECTION THAT THE MAXIMUM AMOUNT THAT YOU WERE

6  RECEIVING ON REVENUE FOR THE LOCATION AT 7037 WEST AS

7  OF JUNE 30, 2007, WAS 35,000?

8          MR. MCMONIGLE:  LACK OF FOUNDATION IN TERMS

9  OF "REFRESH HIS RECOLLECTION."  I DON'T RECALL HIM

10  NOT BEING ABLE TO ANSWER A QUESTION.  SO I DON'T KNOW

11  WHAT THAT REFERS TO.  IT'S VAGUE.

12          MR. MITCHELL:  I'VE ASKED MR. TRAVERSO

13  EARLIER AT VARIOUS POINTS IN THE DEPOSITION WHAT HE

14  EARNED ON THESE SIGNS AT PARTICULAR POINTS IN TIME

15  AND HE COULDN'T STATE WITH CERTAINTY.  SO I'M TRYING

16  TO FERRET THAT OUT THROUGH THIS DOCUMENT.

17          MR. MCMONIGLE:  I THINK HE DID SAY 55 TO 60

18  IS WHAT HE SAID.

19          MR. MITCHELL:  SO I'M ASKING RIGHT NOW IF

20  THIS REFRESHES HIS RECOLLECTION.

21          MR. MCMONIGLE:  WHAT RECOLLECTION?  HE

22  TESTIFIED 55 TO 60.  SO THERE'S NO NEED TO REFRESH

23  THAT RECOLLECTION.

24          NOW, IF YOU WANT TO ASK HIM IF IT'S

25  INCONSISTENT, I DON'T WANT TO RUN YOUR DEPOSITION,

                                              116

1  BUT, YOU KNOW, IT'S NOT A MATTER OF REFRESHING HIS

2  RECOLLECTION BECAUSE HE GAVE TESTIMONY EARLIER.

3          BY MR. MITCHELL:

4      Q.  MR. TRAVERSO, DOES THIS REFRESH YOUR
                    Page 107

TraversoRoughDraft

5    RECOLLECTION THAT YOU WEREN'T EARNING 55 TO 60,000 ON

6    THAT SIGN AS OF THAT TIME?

7        A.  AS OF THIS TIME, YES.  BUT I DON'T THINK I

8    TESTIFIED THAT I WAS EARNING THAT AT THIS TIME.  THIS

9    WAS A YEAR AGO.  WHEN WE WERE TALKING, WE WERE

10   TALKING ABOUT NOW, IS MY UNDERSTANDING.

11       Q.  I THINK WE COVERED BOTH PERIODS.

12       MR. MCMONIGLE:  THAT'S ARGUMENTATIVE.

13       BY MR. MITCHELL:

14       Q.  WHAT I REALLY WANT TO GET TO THE BOTTOM OF

15   IS WHAT YOU WERE EARNING DURING THAT TIME?

16       A.  I THINK THE CONTRACTS HAVE BEEN PROVIDED.

17   SO LET'S JUST GO THROUGH THEM AND YOU'LL KNOW.

18       MR. MCMONIGLE:  SO YOU DON'T HAVE TO DO THE

19   REFRESHING OF THE RECOLLECTION.  IT'S REALLY

20   INAPPROPRIATE.

21       MR. MITCHELL:  I DON'T KNOW THAT IT'S

22   INAPPROPRIATE.

23       I THINK WE'RE ON EXHIBIT 4.

24       (WHEREUPON, EXHIBIT 4 WAS MARKED FOR

25       IDENTIFICATION.)

117

1        BY MR. MITCHELL:

2        Q.  LET ME KNOW AFTER YOU'VE HAD A CHANCE TO

3    TAKE A LOOK AT THAT DOCUMENT, MR. TRAVERSO.

4        A.  YES.

5        MR. MCMONIGLE:  I GUESS I'M GOING TO LODGE

6    A RELEVANCE OBJECTION TO THIS LINE OF INQUIRY.  I

Page 108

TraversoRoughDraft

7  DON'T UNDERSTAND THE RELEVANCE OF GOING THROUGH THESE

8  AD CONTRACTS.

9        MR. MITCHELL:  THERE'S REVENUES FROM A SIGN

10  LOCATION.  YOU PUT IN AN INTERROGATORY RESPONSE THAT

11  LOOKS AT REVENUES FROM A SIGN LOCATION THAT CONTENDS

12  REVENUES SHOULD BE SOMETHING OR ANOTHER FROM A SIGN

13  LOCATION THAT IS HALF A BLOCK AWAY.  I THINK I'M

14  ENTITLED TO THIS.

15        MR. MCMONIGLE:  OKAY.  WELL, THAT'S

16  INTERESTING BECAUSE WE'RE NOT, I GUESS.  SO I WILL

17  MAKE SURE THAT WE POINT OUT TO THE COURT THAT YOU

18  BELIEVE IT'S RELEVANT TO MAKE A DETERMINATION, BUT

19  YOU REFUSE TO PRODUCE THE DOCUMENTS.

20        MR. MITCHELL:  I DON'T KNOW WHAT WE HAVE

21  REFUSED TO PRODUCE.

22        MR. MCMONIGLE:  I AM NOT MISREPRESENTING

23  THE CONVERSATION WE HAD YESTERDAY, MR. MITCHELL.

24        MR. MITCHELL:  WHAT CONVERSATION?  MY

25  CONVERSATION WITH YOU ONLY CONCERNED WHETHER OR NOT

                                                    118

1  MR. TRAVERSO WAS GOING TO BE PRODUCED AS AN EXPERT

2  TODAY.

3        MR. MCMONIGLE:  I HAD A CONVERSATION WITH

4  MR. REIDY, WHO INFORMED ME THAT YOU WERE NOT

5  PRODUCING THE AD CONTRACTS.

6        MR. MITCHELL:  WE AREN'T PRODUCING THE AD

7  CONTRACTS.  WE ARE GIVING YOU THE REVENUE

8  INFORMATION, WHICH YOU HAVE.  AND I AM HAPPY TO TAKE

9  YOUR REVENUE INFORMATION IN ANOTHER FORMAT.

TraversoRoughDraft

10          MR. MCMONIGLE:  I WANT TO MAKE IT CLEAR

11  THAT YOU BELIEVE IT'S RELEVANT ENOUGH TO ASK

12  MR. TRAVERSO THESE QUESTIONS, BUT YOU WON'T EVEN

13  PRODUCE IT IN DISCOVERY.  SO THAT WILL BE PLAYED BACK

14  TO YOU.

15          MR. MITCHELL:  OKAY, MR. MCMONIGLE.  BUT

16  I'VE ALSO MADE IT CLEAR THAT I'M HAPPY TO TAKE THIS

17  INFORMATION IN ANOTHER FORMAT.  WE WANT TO UNDERSTAND

18  THE REVENUE INFORMATION FOR A PARTICULAR SIGN.  IF

19  MR. TRAVERSO HAS IT IN ANOTHER FORMAT THAT YOU WOULD

20  LIKE TO PRODUCE AND WE CAN GET IT HERE BEFORE THE END

21  OF THE DAY, I'D BE HAPPY TO TAKE A LOOK AT THAT.  BUT

22  I'VE HAD A CHANCE TO QUESTION HIM ON IT AND THE WAY

23  THAT I UNDERSTOOD IT WAS THAT HE FELT MORE

24  COMFORTABLE TESTIFYING FROM THE DOCUMENTS THEMSELVES.

25          MR. MCMONIGLE:  IT'S A FIGHT FOR ANOTHER

                                        119

1  DAY.  LET'S MOVE ON.  I AM NOT TRYING TO GET IN THE

2  WAY.  I AM TRYING TO POINT OUT THE OBVIOUSNESS OF

3  YOUR POSITION BEING QUITE INCONSISTENT.

4          BY MR. MITCHELL:

5      Q.  MR. TRAVERSO, CAN YOU TELL ME WHAT THE

6  REVENUE YOU EARNED ON THE SIGN AT 476 FIFTH STREET

7  WAS FOR EACH OF THE PAST 12 MONTHS?

8      A.  NO.

9      Q.  AND WHAT ARE THE BEST DOCUMENTS -- AT LEAST

10  IN TERMS OF WHAT YOU KEEP -- TO REFLECT THAT

11  INFORMATION?

TraversoRoughDraft

12      A.   THE ADVERTISING CONTRACTS.

13      Q.   OKAY.  ON EXHIBIT 4, THIS AGAIN REFERENCES

14  PANEL NUMBER 7037 W, CORRECT?

15      A.   YES.

16      Q.   AND THERE'S TWO TIME FRAMES REFERENCED

17  HERE, CORRECT?

18      A.   YES.

19      Q.   IT LOOKS LIKE WE HAVE MARCH 1, 2007 THROUGH

20  MARCH 31, 2007, AND SEPTEMBER 1, 2007 THROUGH

21  SEPTEMBER 30, 2007, CORRECT?

22      A.   YES.

23      Q.   AND FOR THOSE TWO TIME PERIODS THE MAXIMUM

24  REVENUE THAT YOU WERE EARNING ON THAT SIGN WAS

25  $35,000, CORRECT?

120

1      A.   WELL, THAT'S THE GROSS MONTHLY REVENUE FOR

2  THIS CONTRACT.  RIGHT.  THAT'S CORRECT, YES.

3      Q.   AND MAYBE I SHOULD GO BACK AND DO WHAT WE

4  DID ON THE OTHER ONE.  DO YOU KNOW WHETHER TRAVERSO

5  TAKES HOME $35,000, OR WHETHER TRAVERSO TAKES HOME

6  $35,000 LESS AN AGENT'S FEE OR A BROKER'S FEE?

7      A.   I THINK IT'S LESS.

8      Q.   SO THE WAY I HAD TERMED IT WAS THE MAXIMUM

9  THAT YOU COULD HAVE EARNED ON THAT SIGN DURING THOSE

10  TWO PERIODS WAS $35,000?

11          MR. MCMONIGLE:  WELL, WHATEVER HE DID, HE

12  DID.  OKAY?  IT'S NOT A QUESTION, AS I UNDERSTAND IT.

13          THE WITNESS:  IS THERE A QUESTION?

14          BY MR. MITCHELL:

Page 111

TraversoRoughDraft

15      Q.   YES.  I WANTED TO CONFIRM -- PLEASE CONFIRM

16  THAT THE MAXIMUM YOU WOULD HAVE EARNED ON THOSE TWO

17  SIGNS DURING THAT TIME PERIOD WOULD HAVE BEEN

18  $35,000?

19      A.   YES.

20           MR. MITCHELL:  THANK YOU.

21           THIS WILL BE EXHIBIT 5.

22           (WHEREUPON, EXHIBIT 5 WAS MARKED FOR

23           IDENTIFICATION.)

24           MR. MCMONIGLE:  LET'S TAKE A TWO-MINUTE

25  BREAK.

                                              121


1            (WHEREUPON, A RECESS WAS TAKEN FROM

2            3:43 P.M. UNTIL 3:45 P.M.)

3            BY MR. MITCHELL:

4       Q.   LET ME KNOW AFTER YOU'VE HAD A CHANCE TO

5   TAKE A LOOK AT THAT DOCUMENT, MR. TRAVERSO.

6       A.   I'VE SEEN IT.

7       Q.   OKAY.  THIS IS -- IS THIS ANOTHER BILLBOARD

8   CONTRACT?

9       A.   YES.

10      Q.   THE BROKER OR THE AGENT, IS THAT SEALROCK

11  AGAIN?

12      A.   CORRECT.

13      Q.   AND POSTERSCOPE IS AN ADVERTISING AGENCY OR

14  SOMETHING SIMILAR?

15      A.   YES.

16      Q.   IT LOOKS LIKE THE TERM REFLECTED ON THIS

                       Page 112

TraversoRoughDraft

17    CONTRACT NEXT TO "DISPLAY PERIOD" IS JULY 1, 2007

18    THROUGH AUGUST 31, 2007; IS THAT CORRECT?

19          A.   YES.

20          Q.   AND THAT'S FOR THE PANEL NUMBER 7037 W,

21    CORRECT?

22          A.   CORRECT.

23          Q.   AND THE MONTHLY BILLING RATE REFLECTED HERE

24    IS ALSO $35,000 PER MONTH, CORRECT?

25          A.   CORRECT.

                                                      122

1          Q.   DO YOU KNOW IF THAT IS -- FIGURE, $35,000,

2    IS THAT NET OF AN AGENT'S COMMISSION OR FEE?

3          A.   I'M NOT SURE OF THAT.

4          Q.   OKAY.  SO, AGAIN, THE MAXIMUM AMOUNT OF

5    REVENUE THAT ADCO OR TRAVERSO WOULD HAVE EARNED ON

6    THIS PANEL FOR THE PERIODS OF JULY 1, 2007 THROUGH

7    AUGUST 31, 2007 WOULD HAVE BEEN $35,000 PER MONTH?

8          A.   YES.

9          Q.   AND YOU COULD CONFIRM, AGAIN, WHETHER OR

10    NOT THAT $35,000 IS NET OF A FEE OR GROSS BY LOOKING

11    BACK AT THE PAYMENT RECORDS; IS THAT CORRECT?

12          A.   YES.

13          Q.   NOW, WOULD THAT BE THE CASE FOR ALL OF

14    THESE ADVERTISING CONTRACTS?

15          A.   YES.

16          Q.   ARE THERE ANY OTHER RECORDS THAT WOULD

17    REFLECT THAT?

18          A.   I DON'T THINK SO.

19               (WHEREUPON, EXHIBIT 6 WAS MARKED FOR
                            Page 113

TraversoRoughDraft

20          IDENTIFICATION.)

21          BY MR. MITCHELL:

22     Q.  LET ME KNOW WHEN YOU'VE HAD A CHANCE TO

23  TAKE A LOOK AT THAT ONE.

24     A.  OKAY.

25     Q.  NOW, THIS LOOKS LIKE THERE'S DIFFERENT

123

1  PARTIES INVOLVED ON EXHIBIT 6, CORRECT?

2     A.  YES.

3     Q.  IS IT THE SAME -- IS IT A CONTRACT FOR THE

4  SAME TYPE OF PURPOSE, THOUGH?

5     A.  IT IS.

6          MR. MCMONIGLE:  THE QUESTION IS VAGUE.

7          BY MR. MITCHELL:

8     Q.  NOW, THE SIGN THAT IS REFERENCED HERE ABOUT

9  HALFWAY DOWN THE PAGE IS A UNIT LOCATION I-80 SKYWAY,

10  I BELIEVE THAT'S WEST OF FIFTH STREET, AND THE UNIT

11  SIZE IS 20 BY 50.

12          IS THAT THE SOUTH-FACING SIGN AT

13  476 FIFTH STREET?

14     A.  THE EAST-FACING SIGN.

15     Q.  THE EAST-FACING SIGN?

16     A.  WAIT A MINUTE.  HOLD ON.

17          THIS WOULD BE THE EAST-FACING SIGN.  EVEN

18  THOUGH IT HAS "FACING WEST," THE SIZE IS 20 BY 50.

19  THAT'S THE EAST SIDE.  I THINK SOMEBODY MADE AN ERROR

20  IN THE PREPARATION OF THIS.

21     Q.  OKAY.  IT LOOKS LIKE THERE ARE TWO PERIODS

Page 114

TraversoRoughDraft

22    OF ONE-MONTH EACH, CORRECT?

23        A.  YES.

24        Q.  AND ON THIS DOCUMENT IT LOOKS LIKE WE'VE

25    GOT A GROSS COST AND THEN A NET COST, CORRECT?

124

1         A.  YES.

2         Q.  AND SO THERE IS A LINE ENTRY FOR AGENCY

3    COMMISSION OF 15 PERCENT AT $8,214 AND CHANGE.

4             DO YOU SEE THAT?

5         A.  YES.

6         Q.  AND BELOW THAT THERE IS AN ENTRY FOR NET

7    COST FOR A PERIOD OF $46,550, CORRECT?

8         A.  CORRECT.

9         Q.  AND IS THAT THE AMOUNT THAT EITHER ADCO OR

10   TRAVERSO WOULD HAVE TAKEN HOME?

11        A.  YES.  THAT IS WHAT THE COMPANY WOULD HAVE

12   GOTTEN.

13        Q.  FOR THAT MONTHLY PERIOD?

14        A.  RIGHT.

15            (WHEREUPON, EXHIBIT 7 WAS MARKED FOR

16            IDENTIFICATION.)

17            BY MR. MITCHELL:

18        Q.  YOU'VE BEEN HANDED EXHIBIT 7.

19   MR. TRAVERSO, WHAT IS THIS DOCUMENT?

20        A.  IT'S AN OUT OF HOME MEDIA CONTRACT.

21        Q.  AND IS THIS FOR THE WEST-FACING SIGN AT

22   476 FIFTH?

23        A.  IT IS.

24        Q.  AND THE PERIOD THAT THIS CONTRACT COVERS IS

Page 115

TraversoRoughDraft

25    JANUARY 2008 THROUGH FEBRUARY 2008, CORRECT?

125

1         A.   CORRECT.

2         Q.   ON THE RIGHT-HAND SIDE OF THE PAGE THERE IS

3    A COLUMN FOR "PERIOD COST."

4              DO YOU SEE THAT?

5         A.   YES.

6         Q.   IT REFLECTS $45,399 AND CHANGE?

7         A.   YES.

8         Q.   DO YOU KNOW IF THAT FIGURE IS LESS THE

9    AGENT'S COMMISSION OR FEE?

10        A.   IT IS.   IT'S DESCRIBED AS A NET COST.

11        Q.   OKAY.   SO THAT'S THE TAKE-HOME THAT ADCO OR

12   TRAVERSO WOULD GET FOR THAT MONTHLY PERIOD?

13        A.   CORRECT.

14             MR. MITCHELL:   THIS WILL BE 8.

15             (WHEREUPON, EXHIBIT 8 WAS MARKED FOR

16             IDENTIFICATION.)

17             BY MR. MITCHELL:

18        Q.   OKAY.   YOU HAVE BEFORE YOU EXHIBIT 8.   LET

19   ME KNOW AFTER YOU'VE HAD A CHANCE TO TAKE A LOOK AT

20   THAT ONE.

21        A.   OKAY.   I'VE SEEN IT.

22        Q.   DO YOU KNOW WHAT SIGN THIS CONTRACT IS FOR?

23        A.   THE 20 BY 60 WEST-FACING SIGN AT

24   476 FIFTH STREET.

25        Q.   AND THERE'S A COST FOR A PERIOD THERE THAT

126

TraversoRoughDraft

1   IS REFLECTED OF $49,000.

2        DO YOU SEE THAT?

3        A.  I DO.

4        Q.  DO YOU KNOW IF THAT'S BEFORE OR AFTER THE

5   AGENCY COMMISSION HAS BEEN DEDUCTED?

6        A.  THIS IS AFTER.

7        Q.  IF YOU READ SOME OF THE FINE PRINT BELOW

8   THE ADDRESSEE, MICHAEL COOK, IT STARTS WITH "OUTDOOR

9   SERVICES."

10       A.  YES.

11       Q.  CAN YOU READ THE LAST SENTENCE OF THAT

12  PARAGRAPH.

13       A.  "ALL PRICES ARE SUBJECT TO AN

14       AGENCY COMMISSION OF 16.66667 PERCENT."

15       Q.  I GUESS THAT'S WHAT I AM TRYING TO

16  RECONCILE, WHETHER THAT COMMISSION HAS BEEN DEDUCTED

17  OR IT HASN'T.

18       A.  WHEN YOU GET CONTRACTS LIKE THIS, IF THEY

19  ARE NET, THEY ARE NET.

20       Q.  THAT'S NET?

21       A.  THAT'S NET.

22       MR. MITCHELL:  THANK YOU.

23       EXHIBIT 9.

24       (WHEREUPON, EXHIBIT 9 WAS MARKED FOR

25       IDENTIFICATION.)

127

TraversoRoughDraft

1          BY MR. MITCHELL:

2      Q.  YOU HAVE BEEN HANDED EXHIBIT 9.  LET ME

3  KNOW AFTER YOU'VE HAD A CHANCE TO TAKE A LOOK AT THAT

4  ONE.

5      A.  OKAY.

6      Q.  IT LOOKS TO ME AS IF THIS CONCERNS THE

7  SOUTH-FACING SIGN AT 476 FIFTH STREET; IS THAT

8  CORRECT?

9      A.  EAST-FACING.

10     Q.  ALL RIGHT.  AND THE NET COST THERE, DOES

11  THAT REFLECT YOUR TAKE-HOME?

12     A.  YES.

13          MR. MITCHELL:  THANK YOU.

14          (WHEREUPON, EXHIBIT 10 WAS MARKED FOR

15          IDENTIFICATION.)

16          BY MR. MITCHELL:

17     Q.  LET ME KNOW AFTER YOU'VE HAD A CHANCE TO

18  TAKE A LOOK AT THAT ONE.

19     A.  YES.  OKAY.

20     Q.  THIS LOOKS LIKE YET ANOTHER CONTRACT.  IT

21  LOOKS TO ME AS IF THIS IS THE EAST-FACING SIGN AT

22  476 FIFTH STREET, CORRECT?

23     A.  YES.

24     Q.  AND THERE'S A MONTHLY RATE REFLECTED OF

25  $44,500 NET.

                                        128

1          IS IT YOUR UNDERSTANDING THAT THE AGENT'S

2  COMMISSION, IF ANY, HAS ALREADY BEEN TAKEN OUT?

TraversoRoughDraft

3    A.  YES.

4    Q.  OKAY.  SO YOUR TAKE-HOME WOULD BE 44,500?

5    A.  CORRECT.

6        (WHEREUPON, EXHIBIT 11 WAS MARKED FOR

7        IDENTIFICATION.)

8        BY MR. MITCHELL:

9    Q.  MR. TRAVERSO, LET ME KNOW AFTER YOU'VE HAD

10 A CHANCE TO REVIEW THAT DOCUMENT.

11   A.  I'VE SEEN IT.

12   Q.  THERE'S REFERENCES HERE TO TWO DIFFERENT

13 SIGNS OR BULLETINS.  I WANT TO DIRECT YOUR ATTENTION

14 TO THE SIGN THAT HAS THE DIMENSIONS OF 20 BY 50.

15       IS THAT THE EAST-FACING SIGN -- DOES THAT

16 REFERENCE THE EAST-FACING SIGN AT 476 FIFTH STREET?

17   A.  YES.

18   Q.  AND THE PERIOD IS -- IT WASN'T QUITE CLEAR

19 TO ME.  YOU MAY BE ABLE TO READ THIS OR MAYBE THE

20 DOCUMENT IS ILLEGIBLE.  I AM LOOKING AT IT AS JANUARY

21 1, 2008 THROUGH JANUARY 28, 2008.

22       IS THAT WHAT YOU SEE?

23   A.  YES.

24   Q.  DO YOU HAVE ANY IDEA WHY THAT TERM DIDN'T

25 EXTEND THROUGH THE WHOLE MONTH OF JANUARY?

                                        129

1    A.  I DON'T KNOW.

2    Q.  ON THE FAR RIGHT-HAND SIDE OF THE PAGE

3 THERE'S A COLUMN.  I BELIEVE IT SAYS "TOTAL NET,"

4 CORRECT?

5    A.  CORRECT.

Page 119

TraversoRoughDraft

6        Q.   SO THE FIGURE THAT IS $29,997 AND CHANGE

7   WOULD BE YOUR TAKE-HOME?

8        A.   YES.

9             (WHEREUPON, EXHIBIT 12 WAS MARKED FOR

10            IDENTIFICATION.)

11            BY MR. MITCHELL:

12       Q.   MR. TRAVERSO, LET ME KNOW AFTER YOU'VE HAD

13   A CHANCE TO TAKE A LOOK AT THIS DOCUMENT.

14       A.   I'VE SEEN IT.

15            MR. MCMONIGLE:  I NEVER GOT THIS DOCUMENT.

16            THE WITNESS:  IT'S THE FIRST TIME I'VE SEEN

17   IT, TOO.

18            MR. MCMONIGLE:  SO WE'LL BE INTERESTED.

19   IT'S NOT SIGNED.

20            MR. MITCHELL:  THIS IS A DOCUMENT YOU

21   PRODUCED IN THIS LITIGATION.

22            MR. MCMONIGLE:  I KNOW.

23            BY MR. MITCHELL:

24       Q.   I THINK I JUST HEARD YOU SAY YOU'VE NEVER

25   SEEN THIS BEFORE; IS THAT CORRECT?

                                               130


1        A.   I DON'T RECALL SEEING IT BEFORE.  I MAY

2   HAVE, BUT IT'S BEEN A YEAR, YOU KNOW.  NOT EVEN A

3   YEAR.  IT'S ONLY BEEN SIX MONTHS.  I DON'T REMEMBER

4   SEEING IT.  BUT ANYWAY, GO AHEAD.

5        Q.   DID YOU PROVIDE THIS TO COUNSEL IN THIS

6   CASE FOR PRODUCTION?

7        A.   WHATEVER WAS SUBPOENAED, THE FILES WERE

                    Page 120

TraversoRoughDraft

1  THIS IS KIND OF BACKING INTO IT.

2          BY MR. MITCHELL:

3      Q.  ARE YOU AWARE OF ANY SIGNS ALONG THE SKYWAY

4  IN WHICH A SIGN COMPANY IS PAYING AT LEAST 65 PERCENT

5  OF ITS NET REVENUE IN RENT?

6          MR. MCMONIGLE:  THAT'S BEEN ASKED AND

7  ANSWERED.

8          THE WITNESS:  EXCEPT FOR THE LESSOR-OWNED

9  SIGNS, I'M NOT AWARE OF ANY.

10          BY MR. MITCHELL:

11      Q.  OKAY.  AND YOU'RE NOT PAYING 65 PERCENT OF

12  NET ADVERTISING REVENUE IN RENT AT 476 FIFTH STREET,

13  ARE YOU?

14      A.  NO.

15      Q.  AND YOU WEREN'T PAYING 65 PERCENT OF NET

16  ADVERTISING RENT AT 476 FIFTH STREET IN MARCH OF

17  2007, WERE YOU?

18      A.  NO.

19      Q.  WE WERE TALKING EARLIER ABOUT CIRCUMSTANCES

20  IN WHICH THE RENT A SIGN COMPANY PAYS FOR THE RIGHT

21  TO POST ADVERTISING AT A SIGN LOCATION WOULD EXCEED

22  THE REVENUES IT EARNS AT A LOCATION.  I'D LIKE TO

23  EXPLORE THAT A LITTLE BIT MORE.

24          I BELIEVE YOU STARTED TO DESCRIBE A

25  SITUATION WHERE SOMEONE IS TRYING TO COME INTO THE

153

1  BUSINESS; IS THAT RIGHT?  OR CAN YOU GIVE ME AN

2  EXAMPLE OF THE TYPES OF CIRCUMSTANCES WHERE THAT