Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
E-mail: rsipos@wendel.com

Joseph P. McMonigle (Bar No. 66811)
**LONG & LEVIT LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jmcmonigle@longlevit.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-3629 MJJ<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>**Date:** February 27, 2008<br>**Time:** 2:00 p.m.<br>**Courtroom:** 11 (19th Floor)<br>**Judge:** Hon. Martin J. Jenkins<br><br>Action Removed: July 13, 2007<br>Trial Date: April 7, 2008 |

*NOTICE OF NON-OPPOSITION – Case No. C07-3629 MJJ*

014965.0004\839224.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that no opposition has been filed by Defendant CLEAR CHANNEL OUTDOOR, INC. ("Clear Channel") to Plaintiff RICHARD TRAVERSO's Motion for Summary Adjudication set for hearing on February 27, 2008. As such, Plaintiff respectfully requests that the Court grant Plaintiff's motion and specifically find that that Clear Channel is guilty of unlawful detainer pursuant to Code of Civil Procedure section 1161(1) thereby entitling Plaintiff to damages to be determined at trial.

Dated: February 14, 2008        **WENDEL, ROSEN, BLACK & DEAN LLP**

                 By: /s/ Richard A. Sipos
                    Richard A. Sipos
                     Attorneys for Plaintiff
                     RICHARD TRAVERSO

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

# PROOF OF SERVICE

*Traverso v. Clear Channel Outdoor, Inc., et al.*
**United States District Court Northern District Case No. C07-3629 MJJ**
**Hon. Judge Martin J. Jenkins**

I, Garret D. Murai, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On October 30, 2007, I served a copy of the within document(s):

**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**

[x] By E-Filing: Via the court-mandated e-filing service

Scott D. Baker, Esq.
Jonah D. Mitchell, Esq.
David S. Reidy, Esq.
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Phone: (415) 543-8700
Fax:     (415) 391-8269

[x] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 14, 2008, at Oakland, California.

_____
Garret D. Murai

014965.0001\828986.1

PROOF OF SERVICE