Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., and DOES 1 – 10,<br><br>                    Defendants. | Case No.: C07-3629 MJJ<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:        February 27, 2007<br>Time:        2:00 p.m.<br>Courtroom: 11 (19th Floor)<br><br>**HON. MARTIN J. JENKINS** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Upon consideration of Plaintiff's Motion for Summary Adjudication, and based on the papers

2    filed by the parties and the record in this action, and good cause appearing, IT IS HEREBY

3    ORDERED that Plaintiff's Motion is DENIED.

4

5    **IT IS SO ORDERED**.

6

7

8    DATED: _____, 2008

9

10   _____
     Hon. Martin J. Jenkins
     United States District Court Judge

11

12   DOCSSFO-12506717.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware