Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
E-mail: rsipos@wendel.com

Joseph P. McMonigle (Bar No. 66811)
**LONG & LEVIT LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jmcmonigle@longlevit.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>  Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. C07-3629 MJJ<br><br>**DECLARATION OF RICHARD A. SIPOS RE. NON-FILING OF JOINT STATEMENT OF UNDISPUTED FACTS**<br><br>Action Removed: July 13, 2007<br>Trial Date: April 7, 2008 |

I, Richard A. Sipos, declare:

1. I am an attorney licensed to practice law in the State of California and am licensed to practice before the United States District Court for the Northern District of California. I am a partner with Wendel, Rosen, Black & Dean, LLP, attorneys of record for Plaintiff RICHARD TRAVERSO.

2. This declaration is made pursuant to Local Rule 56-2. I have personal knowledge of the matters stated herein and if called upon to testify could and would competently do so.

1

3. On February 14, 2008, not having received an opposition to Plaintiff's Motion for Summary Adjudication set for hearing on February 27, 2008, my associate, Garret D. Murai, prepared and emailed to counsel for Defendant CLEAR CHANNEL OUTDOOR, INC. ("Clear Channel"), a proposed Joint Statement of Undisputed Facts. I later revised that Joint Statement and provided my revisions to Clear Channel's Counsel.

4. Counsel for Clear Channel has responded to these emails by stating they would not sign the Joint Statement on the ground that Plaintiff's Motion was untimely. Accordingly, and pursuant to Local Rule 56-2(b), I am submitting this Declaration explaining why the attached Joint Statement was not filed. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of February 2008 in Oakland, California

/s/ Richard A. Sipos
Richard A. Sipos

- 2 -

Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
E-mail: rsipos@wendel.com

Joseph P. McMonigle (Bar No. 66811)
**LONG & LEVIT LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jmcmonigle@longlevit.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. C07-3629 MJJ<br><br>**[PROPOSED] JOINT STIPULATION OF UNDISPUTED FACTS**<br><br><br>Action Removed: July 13, 2007<br>Trial Date: April 7, 2008 |

　　　　Plaintiff RICHARD TRAVERSO and Defendant CLEAR CHANNEL OUTDOOR, INC., by and through their attorneys of record, file the following joint stipulation of undisputed facts in anticipation of Plaintiff's Motion for Summary Adjudication set for February 27, 2008:

　　　　1.　　Plaintiff and Defendant were parties to a commercial lease effective May 1, 1984, or subsequently amended in writing by the parties, which allowed Defendant to use the premises located at 650-660 Bryant Street, San Francisco, California (the "Premises") for purposes of operating a billboard thereon (the "Lease").

2. Plaintiff has brought an unlawful detainer action against Defendant alleging that the Lease expired on February 28, 2007, and that Defendant has wrongfully maintained possession of the Premises since said date.

3. Plaintiff has filed a motion for summary adjudication seeking an order finding that that the Lease terminated on February 28, 2007, that Defendant has wrongfully retained possession of the Premises since March 1, 2007, that Plaintiff is entitled to possession of the Premises, and that the only remaining issue to be adjudicated is damages arising from Defendant's wrongful retention of the Premises and continued operation of the billboard located thereat from and after March 1, 2007.

4. Defendant has conceded that the Lease did properly terminate on February 28, 2007, that Plaintiff is entitled to immediate possession of the Premises, and that the only remaining issue to be adjudicated is the reasonable rent of the Premises for purposes of determining the damages owed by Defendant arising from its retaining possession of the Premises from March 1, 2007, through the earlier of the date Defendant delivers possession of the Premises to Plaintiff (whether voluntarily or by execution against it of a Writ of Possession) or the date the Court enters Judgment on Plaintiff's claim for damages.

Dated: February 15, 2008         **WENDEL, ROSEN, BLACK & DEAN LLP**

By:_____
Richard A. Sipos
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: February ___, 2008         **REED SMITH LLP**

By:_____
David S. Reidy
Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.