1   Richard A. Sipos (Bar No. 126982)
    Garret D. Murai (Bar No. 215667)
2   **WENDEL, ROSEN, BLACK & DEAN LLP**
    1111 Broadway, 24th Floor
3   Post Office Box 2047
    Oakland, CA  94607-4036
4   Telephone:  (510) 834-6600
    Facsimile:  (510) 834-1928
5   E-mail: rsipos@wendel.com

6   Joseph P. McMonigle (Bar No. 66811)
    **LONG & LEVIT LLP**
7   465 California Street, 5th Floor
    San Francisco, CA  94104
8   Telephone: (415) 397-2222
    Facsimile: (415) 397-6392
9   Email: jmcmonigle@longlevit.com

10  Attorneys for Plaintiff
    RICHARD TRAVERSO
11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15

16  RICHARD TRAVERSO,                         Case No. C 07-03629 CRB

17             Plaintiff,                      **RENOTICE OF MOTION FOR
                                               SUMMARY ADJUDICATION**
18      vs.
                                               **Date:        March 28, 2008**
19  CLEAR CHANNEL OUTDOOR, INC.; and           **Time:        10:00 a.m.**
    DOES 1 through 10, inclusive,              **Courtroom:   8 (19th Floor)**
20                                             **Judge:       Hon. Charles R. Breyer**
             Defendants.
21                                             Action Removed: July 13, 2007
                                               Trial Date:      April 7, 2008
22

23

24

25

26

27

28

014965.0004\839650.1     *RENOTICE OF MOTION FOR SUMMARY
                          ADJUDICATION  – Case No. C 07-03629 CRB*

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, pursuant to the Court's Reassignment Order, Plaintiff

3    RICHARD TRAVERSO's Motion for Summary Adjudication originally set for February 27,

4    2008 is renoticed for March 28, 2008 at 10:00 a.m. in Courtroom 8 (19th Floor) of the Court

5    located at 450 Golden Gate Avenue, San Francisco, California.

6    Dated: February 21, 2008                    **WENDEL, ROSEN, BLACK & DEAN LLP**

7

8                                                By:    /s/ Richard A. Sipos
                                                        Richard A. Sipos
9                                                       Attorneys for Plaintiff
                                                        RICHARD TRAVERSO
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

014965.0004\839650.1

*RENOTICE OF MOTION FOR SUMMARY*            - 2 -
*ADJUDICATION – Case No. C 07-03629 CRB*