1 | Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
2 | **WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
3 | Post Office Box 2047
Oakland, CA  94607-4036
4 | Telephone:  (510) 834-6600
Facsimile:  (510) 834-1928
5 | E-mail: rsipos@wendel.com

6 | Joseph P. McMonigle (Bar No. 66811)
**LONG & LEVIT LLP**
7 | 465 California Street, 5th Floor
San Francisco, CA  94104
8 | Telephone: (415) 397-2222
Facsimile: (415) 397-6392
9 | Email: jmcmonigle@longlevit.com

10 | Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>        Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. C 07-03629 CRB<br><br>**RENOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY AND TO COMPEL THE DEPOSITIONS OF WILLIAM HOOPER AND PATRICK POWERS**<br><br>**Date:** March 28, 2008<br>**Time:** 10:00 a.m.<br>**Courtroom:** 8 (19th Floor)<br>**Judge:** Hon. Charles R. Breyer<br><br>Action Removed: July 13, 2007<br>Trial Date:          April 7, 2008 |

*RENOTICE OF MOTION TO COMPEL FURTHER
RESPONSES  – Case No. C 07-03629 CRB*

014965.0004\839652.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to the Court's Reassignment Order, Plaintiff RICHARD TRAVERSO's Motion to Compel Further Responses to Written Discovery and to Compel the Depositions of William Hooper and Patrick Powers originally set for March 18, 2008 is renoticed for March 28, 2008 at 10:00 a.m. in Courtroom 8 (19th Floor) of the Court located at 450 Golden Gate Avenue, San Francisco, California.

Dated: February 21, 2008                                **WENDEL, ROSEN, BLACK & DEAN LLP**


By:      /s/ Richard A. Sipos
         Richard A. Sipos
         Attorneys for Plaintiff
         RICHARD TRAVERSO