**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**        February 28, 2008

**Court Reporter:**    FTR 022808 (2:00 - 2:05)

**Case No.:**    C-07-3629 CRB (EMC)

**Case Name:**    Richard Traverso v. Clear Channel Outdoor, Inc.

**Counsel:**
**Plf:**   Joseph P. McMonigle            **Def:**   Jonah Dylan Mitchell


**Outcome of Settlement Conference:**

|   X    |   Settled           |
|--------|---------------------|
|        |   Partial settlement |
|        |   Did not settle    |
|        |   Other:            |

**Notes:**

**Time:** 4.5 hours


                                                            /s/
                                                  Leni Doyle, Deputy Clerk


cc:     EMC, CRB