```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   NORTHERN DISTRICT OF CALIFORNIA
 9
10  RICHARD TRAVERSO,            )
                                 )
11            Plaintiff(s),      )    No. C07-3629 CRB (BZ)
                                 )
12        v.                     )    INITIAL DISCOVERY ORDER
                                 )
13  CLEAR CHANNEL OUTDOOR INC,   )
                                 )
14            Defendant(s).      )
                                 )
15  _____)
```

16    All discovery in this matter has been referred to United
17 States Magistrate Judge Bernard Zimmerman.
18    In the event a discovery dispute arises, the parties
19 shall meet in person or, if counsel are outside the Bay Area,
20 by telephone and make a good faith effort to resolve their
21 dispute.  Exchanging letters or telephone messages about the
22 dispute is insufficient.  The Court will not read subsequent
23 positioning letters; parties shall instead make a
24 contemporaneous record of their meeting using a tape recorder
25 or a court reporter.
26    In the event they cannot resolve their dispute, the
27 parties must participate in a telephone conference with the
28 Court **before** filing any discovery motions or other papers.

The party seeking discovery shall request a conference in a letter **filed electronically** not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute.  Other parties shall reply in similar fashion within two days of receiving the letter requesting the conference.  The Court will contact the parties to schedule the conference.

After the conference with the Court, if filing papers is deemed necessary, they should be filed **electronically** with the Clerk's Office, with **one hard copy delivered directly to Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A chambers copy of all briefs shall be submitted on a diskette or CD-Rom formatted in WordPerfect 6, 8, 9, 10 or X3.  The diskette shall be scanned for virus before submission.

Dated: March 3, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\TRAVERSO V. CLEAR CHANNEL\INITIAL DISCOVERY ORD.wpd