1  Richard A. Sipos (Bar No. 126982)
   Garret D. Murai (Bar No. 215667)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Post Office Box 2047
   Oakland, CA 94607-4036
4  Telephone: (510) 834-6600
   Facsimile: (510) 834-1928
5  E-mail: rsipos@wendel.com

6  Joseph P. McMonigle (Bar No. 66811)
   **LONG & LEVIT LLP**
7  465 California Street, 5th Floor
   San Francisco, CA 94104
8  Telephone: (415) 397-2222
   Facsimile: (415) 397-6392
9  Email: jmcmonigle@longlevit.com

10 Attorneys for Plaintiff
   RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-3629 CRB<br><br>**STIPULATION OF DISMISSAL**<br><br><br><br>Action Removed: July 13, 2007<br>Trial Date: April 7, 2008 |

STIPULATION OF DISMISSAL – Case No. C07-3629 CRB

1  IT IS HEREBY STIPULATED by and between Plaintiff RICHARD TRAVERSO and
2  Defendant CLEAR CHANNEL OUTDOOR, INC., through their attorneys of record, that the
3  above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the
4  Federal Rules of Civil Procedure.

Dated: March 24, 2008

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Richard A. Sipos
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: March 12, 2008

LONG & LEVIT LLP

By: _____
Joseph P. McMonigle
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: March ___, 2008

REED SMITH LLP

By: _____
Jonah D. Mitchell
Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

1   IT IS HEREBY STIPULATED by and between Plaintiff RICHARD TRAVERSO and
2   Defendant CLEAR CHANNEL OUTDOOR, INC., through their attorneys of record, that the
3   above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the
4   Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs in
5   connection with the action.

Dated: March ___, 2008

**WENDEL, ROSEN, BLACK & DEAN LLP**

By: _____
Richard A. Sipos
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: March ___, 2008

**LONG & LEVIT LLP**

By: _____
Joseph P. McMonigle
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: March 20, 2008

**REED SMITH LLP**

By: _____
Jonah D. Mitchell
Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

STIPULATION OF DISMISSAL – Case No. C07-3629 CRB      - 2 -

014965.0004\841546.1