Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
E-mail: rsipos@wendel.com

Joseph P. McMonigle (Bar No. 66811)
**LONG & LEVIT LLP**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jmcmonigle@longlevit.com

Attorneys for Plaintiff
RICHARD TRAVERSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD TRAVERSO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C07-3629 CRB<br><br>**STIPULATION OF DISMISSAL**<br><br><br><br>Action Removed: July 13, 2007<br>Trial Date:　　　April 7, 2008 |

STIPULATION OF DISMISSAL – Case No. C07-3629 CRB

014965.0004\841546.1

1   IT IS HEREBY STIPULATED by and between Plaintiff RICHARD TRAVERSO and
Defendant CLEAR CHANNEL OUTDOOR, INC., through their attorneys of record, that the
above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the
Federal Rules of Civil Procedure.

Dated: March 24, 2008

**WENDEL, ROSEN, BLACK & DEAN LLP**

By: _[signature]_
Richard A. Sipos
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: March 12, 2008

**LONG & LEVIT LLP**

By: _[signature]_
Joseph P. McMonigle
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: March ___, 2008

**REED SMITH LLP**

By: _____
Jonah D. Mitchell
Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

     1     IT IS HEREBY STIPULATED by and between Plaintiff RICHARD TRAVERSO and
     2 Defendant CLEAR CHANNEL OUTDOOR, INC., through their attorneys of record, that the
     3 above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the
     4 Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs in
     5 connection with the action.

Dated: March ___, 2008

**WENDEL, ROSEN, BLACK & DEAN LLP**

By:_____
Richard A. Sipos
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: March ___, 2008

**LONG & LEVIT LLP**

By:_____
Joseph P. McMonigle
Attorneys for Plaintiff
RICHARD TRAVERSO

Dated: March 20, 2008

**REED SMITH LLP**

By:_____
Jonah D. Mitchell
Attorneys for Defendant
CLEAR CHANNEL OUTDOOR, INC.

Dated: March 28, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL – Case No. C07-3629 CRB    - 2 -